# SCHEDULE D



# Evidence Collection Report

**Page Title**
Libbey Glass 16oz Retro Smiley Face Svg Files for Cricut - Etsy

**URL**
https://www.etsy.com/listing/1396510258/libbey-glass-16oz-retro-smiley-face-svg

**Collection Date**
Tue, 02 May 2023 10:44:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SBcQt5wi4/2GqJwjiZVLtE08vWiEW7hvrMThcYDBqTaG3kcwGEzqH7XTtsLRA6pgXPSXfPaF49FDp4jAV3uTm/GLeYBtMTJnEJEi2GnLaf/RjUtsVsDJYAkpigD4iBBUZ54m7iq91s/4+nORcFEziW92/iTlsMwljMxJmM42IDTQ=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s]][fs][fs]www.etsy.com[fs]listing[fs]1396510258[fs]libbey-glass-16oz-retro-smiley-face-svg][_Tue,-02-May-2023-10-44-25-GMT.pdf

**Hash (SHA256)**
f24c2d4f3cd64fa2bb853efcc8e516e601fafb852c6992cfa85a1cd47080eea6

**Signature (PKCS#1v1.5)**
Sl3bZw9ubRbghX7EGHup3TCRDySLOu+h14vOvZ0pkHW+cCgQFkZheb2bUtecsnJJwg/1TPY3+n+nFfWMHycu5FSWZtZZd8oFVarJm2+RuqoZQlu8uYnppj7cSksNyVFVUA8V1MgMWIPLlaqOIKrZLY4LmHr7JXM5wwhFU8Lyi8=





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/8184643445/review/review

**Collection Date**
Wed, 10 May 2023 07:37:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:4489:d900:c51d:cccd:a7fd:aacd

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UaYWW7ugvkLoO7sKsKIAnSBzz9VLhiA8/r0zPSBXENZFLC/gKy5AlM0F1jhDyDFim+I9iSnWTX8sIbHyton66me2fRo2WX6z5/oVaWHRF2CCJ3dqXqS/ywNs5B8Vrx11T+Wj9xQQ0wTb56oSMM/iy9c0lCbfK53oQeUR1SBRyqoUmAFtuwGOAoDppKayAouOhC1GCjU9BVncn5GlBv+bWaL5iwcKircaCDaxC7wD/j0XmbmZuKUwqv+4Bn0KD8vnGoPrSgFuJp+qOObkJm0ArCVbIMbms1qWfgEv+2uwuRadgBoSAEqWZkrJIspWP4O+FW8I1BU5T1xYJ/qgde0ZaA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]8184643445[fs]review[fs]review]]_Wed,-10-May-2023-07-37-54-GMT.mhtml

**Hash (SHA256)**
8e6649bd36227ca931892d308bcf10ca8db212330051d2af6bdb00c96298ea96

**Signature (PKCS#1v1.5)**
mQwGdw+aH09kpwfzttcOmw0GPtE3ITdUaTWKM4Yl4zMkSRkbRZj5+6Afv6wCyBlhewnoODDU4tae3ND59Th1sVi0fsQsXbk/p97ZLV5r02VEGxp7Sqzyu01OHUtNGk/66ivcFkHdVKCVBdZw0zrMWNjyk4ySWl6pltENhzGgA92Ru46XOkhJA+Mj9AfDk2ruvcdYE4fcc3jQSvpa9LarbQlnbQZcz02N2DBUVMDICNyoscqbJeUTRvv1C5Oyis9gFH16jvakUpyxUeC8vZRvfEas+L7G58PMvrUsEnB8BhGC0XOLN7TvTRSzaQca/JWpJCvA9QS39eYAHSDtG9QxkA==







Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Face Libbey Can Glass Wrap 16oz Smiley Faces SVG PNG - Etsy

**URL**
https://www.etsy.com/listing/1388152847/smiley-face-libbey-can-glass-wrap-16oz

**Collection Date**
Tue, 02 May 2023 04:07:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
DEGzIyvCAXgi6WcWWaFIlzlk3y+oIzkZkT6fjSJn97rSBx/fiWmGwIS2jJ5bHiVlPAn7OxgjQTR4djaSRTnMKUQ/oGc0woCL+G404FVjw23zyBG8Wha9ALGsKs8B0jfGYfkFUSSONDsIOnSLRb8ZO8jItVdAw4TyKieVrFJRwhs=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[https[s][fs][fs]www.etsy.com[fs]listing[fs]1388152847[fs]smiley-face-libbey-can-glass-wrap-16oz[]_Tue,-02-May-2023-04-07-44-GMT.pdf

**Hash (SHA256)**
fadd340756bb25d77453547033ba45c5fe158afc0274fc318168569c68a6394d

**Signature (PKCS#1v1.5)**
DgDy3JJ21855hUpccl9axqXC38hzcMN8Y0710bBLTS8tkeddz4J8KVtgrCau88R4AcKC3u7bDupkjMzsfluZo2sp9qiWsAqlVl584N4k5htT65khNuqVSDRG291YilKgBtsLlY/IT/UbgU1FjBoq9jJqip8IKubhHk0yzSynTMo=








Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/8112768614/review/review

**Collection Date**
Thu, 04 May 2023 14:25:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
v78o+mNsNeBB3O0Vlh68CwviRXan5vzfgKEaaf1w1b5j5L4zV29AWErfl1rN8SR0x/FdZbUVdHEZa0rwU/Q3e8JwXtvOl3x+QjU74flvfEqETC856NqiRMCgJ618uOQ2wbCcYgjY/5PimKNpT6V+dtFRTcwrf0Ni+9tRbxNKj2qGiyJIrx6WcwVfnw6W534sIQRlkCbQu5w1mn1oVuwdwgDfC8PK+k+iF4edVlBHz75KJx5yV3wrQjorBersoWa8haHE71CKQrgb/3JhkhXjUZiRPD0p4r1ETRVbuOmXdWkd1KXprhmYmXXpM8vPM3ODL1wZ/JmuimueBx5M/4ZrPA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]8112768614[fs]review[fs]review]]_Thu,-04-May-2023-14-25-59-GMT.mhtml

**Hash (SHA256)**
6a0756b42fdbd42154a3bbc1abeaed099cde961ea35f58cffe880643e92c0d3a

**Signature (PKCS#1v1.5)**
tPjEU8ENQR54lo0RinqjeAE+QY6K6JduD8JudhTs0wlgVjg1thFYSCAzF0W3dOrS/+WhcqNy+6PoaqtJ948g23FWLlQFzRt6FbbnjGnNzmuQ6/IauV8wg3yIe3q3ei6wVIlTmRaWxxi6YdcDh8DJUchRGX7fErcpydEq/BS2CxxV2lWLy35BVANcgSn/bL0qHU06EE7WFbBkj8i23zRVjeqksZVqJxAhQ5HT+edsrvVtPjUbC9C5+rjePzQ5EV2xKl407NRpRcWtRB0wddiZlhJX3NV7WxWLxo86m+Xo1CPcdosFNh870Pua2XoKO+EAEcxD2mZsDbjyNdJMH1zoEw==





# Evidence Collection Report

**Page Title**
Smiley Face Flowers_spring Colorshappy Flower_ - Etsy

**URL**
https://www.etsy.com/listing/1164461870/smiley-face-flowersspring-colorshappy

**Collection Date**
Wed, 03 May 2023 07:09:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
o4764VkJgtMZSdQGbIDxvXGoDcwUoZHkAHiMT2NdVvZNhxMTQ0inQ5H1jZfrC3M46BtpT6jBaILEIDIqhCyNkR0gvVWNBi8CoRsrveSAKzAMt4M/bReN7IpmIKLRA3PiyXQtZFdywRZvqB6DmsbZ4lyNzi6x50mMp/mzeXBLJQY=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]listing[fs]1164461870[fs]smiley-face-flowersspring-colorshappy]]_Wed,-03-May-2023-07-09-22-GMT.pdf

**Hash (SHA256)**
46e313b724dd1189e4339cc576624a43a0b6c51aa99b18ef4d563d2a16d12ba4

**Signature (PKCS#1v1.5)**
qpbMG6VeeM2fJ9NQCtd7Z6aT8nmP0nE58NhFxY7H0ANbLjnL9VHQVy3WWIXNfmhW6O+3d9VbSDzpK1AY6SBDd3E0Lj64C8AfrG2lkKf/e7T2JAas3JRdUKR9b/iPq0JNhpvL6vLsnv8bu9tC3iXcdHiT1K2t4U5FaUNQI+C1MJ4+







# Evidence Collection Report

**Page Title**
Etsy - Shopping Cart

**URL**
https://www.etsy.com/cart

**Collection Date**
Tue, 16 May 2023 12:49:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Cecile Calvelo

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PCI7x6Hasue5Q8l2Z5hiG4cHwP6MUNIkSEci+vd3jjZGUIpYHoUBpO2X28iKYGCo/NSwZEDHwZO5QreP2H+Tjng8dV4MDyCe5iGdyKxzvbvd54quQzt3LND3NBpCiMsSU/J60+hfSpDYXXEM3wHGGW5tGTpu1rKjkOAlTcu15DsyqCXn6+qVCaKtNQgKydY+3RGglekcVQunkGNpc17qrbetqrhNII0G9t63lTuB8LDJegQqYwKkVzNQIcSEfpV2jY2gVg6G7dL/wl0gnV7QD9unyRBB4lU1V9pmQiLqZ7BWHyxyQqCVV5GPJd61ckoJlkqjuOdDUxEdGNqIkHizbA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart]]_Tue,-16-May-2023-12-49-47-GMT.mhtml

**Hash (SHA256)**
2fa64ab7188760cf1296a3b105027dffe721f9b6f5170d27295ae82495e260a0

**Signature (PKCS#1v1.5)**
dJ2vbmcNpycV+KVBAHFdPlK25eN9VBd8+easS9WUsxjSX9/aLfbfI8PFPaLKiT5KznguxO290lV0UhypfYKoEJXio3vefUoYp48DdZcjxDcESeO9ES+FTdUEGvl4nVbwy0ICERHiFgZVRnb8S42huHUzSbkHcjCgIA7qu7C089ujkcrTDmQlyditJWZePMCRLsWrc4el93gi84MLw6qhdBgK66jIsDwpzGkh5zL3C2vAfiMuO0TXPJWoNgM0QY/IZH7PtHR6zG15Eq0X+fjC22e/I00dGWTTsRiV4Tel5n8mztNc0onqOOu1LaZ5kfUNdpSMdM6IEuooaVj5YU8pLg==











# Evidence Collection Report

**Page Title**
Checkered Pattern Smiley Face SVG PNG Sublimation Hippie Svg - Etsy

**URL**
https://www.etsy.com/listing/1290924661/checkered-pattern-smiley-face-svg-png

**Collection Date**
Tue, 02 May 2023 05:00:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IiCS7QnVHKjb3OQZSH9fK79JrXXjHhRjFEjN8gpeNvEYyRxfzdN8mUUG9DSlCYEunl0fUOKlL9aMVTGxO5uRxu3LxhbbA4olVorlf0+O8k5t1BA/E0rYJh4A5Ubkrdb/c8f82fLUk4Bkc08XNSvm+lcr6ckFb6gdKE0Z/htb4+4=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][fs]]www.etsy.com[fs]listing[fs]1290924661[fs]checkered-pattern-smiley-face-svg-png]]_Tue,-02-May-2023-05-00-13-GMT.pdf

**Hash (SHA256)**
633eda1b900584704e1caf66a049e06d2f0a3ff00c60b24534990438d279166f

**Signature (PKCS#1v1.5)**
XFt69RlJokQD+4HTNy8pOGnKbUUlo0Lo0wVd5APYcq2zhv8MOCW2f0LlN74fiE+TNK6mT/4OKhMXtZRvfhm/j8AV3XvDDQJQdUHGHa8hOgx82bbfzXzTfKShRxnr9ydyCgxia++Ua8f4NS9lNMM7X6u5RnPT4XtqHZg+bZOgG0P8=




























Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/8113555020/review/review

**Collection Date**
Thu, 04 May 2023 17:33:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
XSL+8wuQcplWbVFUO1pP4g3Nyu09JmvN1YQ+ALXChzR9vB1i7S6XUF0ryx8F6u3YLAWf53sKP1tST1RPH1wv0UcqoPf0CmKQLq6DO9JaHx9VY22vF/CwwoOjd8BJ3muYkzcU3tybEmRgTl74THmUZq9Nn26wivVFA9KG7SsCkZ+F/yF1R0VrV4AEIselgASvdz5W61Kl0v8t9pa+mrs2G6GUVnR/TRLxeu2TaxaiwqwipTURkQbpUwvDBNjhPqQdJ8OK9Tv2P/+rbeLgFcr/6DB1Om8pSq6vzwgV2uRsonJdZEdQYD1fyMlY29WA7mwemC2Mb3nAcldLcRn23MUF5A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]8113555020[fs]review[fs]review]]_Thu,-04-May-2023-17-33-28-GMT.mhtml

**Hash (SHA256)**
8afa69fb753c48510eb6252f49e622dc03d75e2afb3deb84fc780678e45f4b54

**Signature (PKCS#1v1.5)**
nwgDy2q/ZeVB00DMWth2TNuQycdKPdiX+cPeFEghSClarCQQJ+6fuCXmhl+0rTNo+OXlCABpClhh9yR8T01eb/qUSh4AagZFaq5q+B8t5zeCEi36ZhyWimt/Ui2pqrHvMyFHfNg9cpZAhHDU65fDDlmlZY9Fn2M7NzrlZhEXnCzOx4Xwq61jc5Zpn6p8C93Lxv2hLFcayKpd+bjm/XbFrVsmNBaRrvGOKPhM8r5tooEgPEI6+xxn5TlTS8p64YiH6V2FAXBAfHfhaXLGRbFH27QmpM28MoLye7c4ztqH2KbS1CiKjfb+nE/Y/5lH1lnTPEJUr4yB5NjO1qvUYzulPQ==

