UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22376-CV-WILLIAMS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## SEALED ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, Plaintiff's Sealed *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (DE 6) is **REFERRED** to United States Magistrate Judge Lisette M. Reid for report and recommendation. In addition, Plaintiff's Sealed *Ex Parte* Motion for an Order Authorizing Alternate Service of Process on Defendants (DE 7) is **REFERRED** to Judge Reid for any appropriate action authorized by law.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 29th day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE