# SCHEDULE A

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 1 | 1topmall | https://www.ebay.com/usr/1topmall | https://www.ebay.com/itm/284613732966 | CN |
| 2 | 2018outdoorman | https://www.ebay.com/usr/2018outdoorman | https://www.ebay.com/itm/373926802542 | CN |
| 3 | 2bfairshop | https://www.ebay.com/usr/2bfairshop | https://www.ebay.com/itm/153641265749 | TH |
| 4 | 3dayandnight | https://www.ebay.com/usr/3dayandnight | https://www.ebay.com/itm/165723631820 | CN |
| 5 | 4hotseason | https://www.ebay.com/usr/4hotseason | https://www.ebay.com/itm/185290242759 | CN |
| 6 | aar2019 | https://www.ebay.com/usr/aar2019 | https://www.ebay.com/itm/155162575851 | CN |
| 7 | abcmall | https://www.ebay.com/usr/abcmall | https://www.ebay.com/itm/304019919606 | CN |
| 8 | aglaess38 | https://www.ebay.com/usr/aglaess38 | https://www.ebay.com/itm/304602580012 | CN |
| 9 | am_store_1 | https://www.ebay.com/usr/am_store_1 | https://www.ebay.com/itm/155074085311 | IL |
| 10 | amazing**store | https://www.ebay.com/usr/amazing**store | https://www.ebay.com/itm/254355858242 | IL |
| 11 | amireuxu | https://www.ebay.com/usr/amireuxu | https://www.ebay.com/itm/385020904102 | CN |
| 12 | amisattarzade0 | https://www.ebay.com/usr/amisattarzade0 | https://www.ebay.com/itm/203134484111 | GB |
| 13 | anbest001 | https://www.ebay.com/usr/anbest001 | https://www.ebay.com/itm/283597822511 | CN |
| 14 | anbest003 | https://www.ebay.com/usr/anbest003 | https://www.ebay.com/itm/283597806340 | CN |
| 15 | arron-younger | https://www.ebay.com/usr/arron-younger | https://www.ebay.com/itm/354131278173 | LK |
| 16 | asofty | https://www.ebay.com/usr/asofty | https://www.ebay.com/itm/284738001135 | CN |
| 17 | asrp6855 | https://www.ebay.com/usr/asrp6855 | https://www.ebay.com/itm/263320654922 | CN |
| 18 | au_is88 | https://www.ebay.com/usr/au_is88 | https://www.ebay.com/itm/154964010915 | CN |
| 19 | autoseller_zhou | https://www.ebay.com/usr/autoseller_zhou | https://www.ebay.com/itm/203116348658 | CN |
| 20 | avocad-88 | https://www.ebay.com/usr/avocad-88 | https://www.ebay.com/itm/385208994526 | CN |
| 21 | bangbangmart1668 | https://www.ebay.com/usr/bangbangmart1668 | https://www.ebay.com/itm/255804696580 | CN |
| 22 | bba2019 | https://www.ebay.com/usr/bba2019 | https://www.ebay.com/itm/374166993518 | CN |
| 23 | beacon_buyer | https://www.ebay.com/usr/beacon_buyer | https://www.ebay.com/itm/175270463501 | HK |
| 24 | bear28yao | https://www.ebay.com/usr/bear28yao | https://www.ebay.com/itm/134179903152 | CN |
| 25 | best_items_store-7 | https://www.ebay.com/usr/best_items_store-7 | https://www.ebay.com/itm/385052993970 | LT |
| 26 | bestbuy_shop | https://www.ebay.com/usr/bestbuy_shop | https://www.ebay.com/itm/373773836717 | LK |
| 27 | best-store-10 | https://www.ebay.com/usr/best-store-10 | https://www.ebay.com/itm/254481595738 | MA |
| 28 | bicycle-light | https://www.ebay.com/usr/bicycle-light | https://www.ebay.com/itm/284999772812 | CN |
| 29 | billionseller21 | https://www.ebay.com/usr/billionseller21 | https://www.ebay.com/itm/374152974755 | CN |
| 30 | binagary-66 | https://www.ebay.com/usr/binagary-66 | https://www.ebay.com/itm/144713624585 | VN |
| 31 | blue.garden7 | https://www.ebay.com/usr/blue.garden7 | https://www.ebay.com/itm/334621450342 | CN |
| 32 | bluebl-93 | https://www.ebay.com/usr/bluebl-93 | https://www.ebay.com/itm/155044550470 | CN |
| 33 | bomeshop | https://www.ebay.com/usr/bomeshop | https://www.ebay.com/itm/334602743866 | CN |
| 34 | boris-garden | https://www.ebay.com/usr/boris-garden | https://www.ebay.com/itm/125479707369 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 35 | boris-lighting | https://www.ebay.com/usr/boris-lighting | https://www.ebay.com/itm/133143201065 | CN |
| 36 | boruit-lighting | https://www.ebay.com/usr/boruit-lighting | https://www.ebay.com/itm/275412478798 | CN |
| 37 | boutique-shop-story | https://www.ebay.com/usr/boutique-shop-story | https://www.ebay.com/itm/292548073050 | FR |
| 38 | brnava12 | https://www.ebay.com/usr/brnava12 | https://www.ebay.com/itm/354090805723 | PH |
| 39 | brotherhuang1983 | https://www.ebay.com/usr/brotherhuang1983 | https://www.ebay.com/itm/174407972341 | CN |
| 40 | budgun_0 | https://www.ebay.com/usr/budgun_0 | https://www.ebay.com/itm/364007610456 | ID |
| 41 | business-design86 | https://www.ebay.com/usr/business-design86 | https://www.ebay.com/itm/403986901751 | CN |
| 42 | buyawilldeal | https://www.ebay.com/usr/buyawilldeal | https://www.ebay.com/itm/143260394017 | CN |
| 43 | buylian | https://www.ebay.com/usr/buylian | https://www.ebay.com/itm/134200916886 | CN |
| 44 | cadwtx | https://www.ebay.com/usr/cadwtx | https://www.ebay.com/itm/314065411633 | CN |
| 45 | carmen668 | https://www.ebay.com/usr/carmen668 | https://www.ebay.com/itm/374261960927 | CN |
| 46 | cblightmarket | https://www.ebay.com/usr/cblightmarket | https://www.ebay.com/itm/403829170717 | CN |
| 47 | celinlkeoder | https://www.ebay.com/usr/celinlkeoder | https://www.ebay.com/itm/364027140235 | CN |
| 48 | charleman06 | https://www.ebay.com/usr/charleman06 | https://www.ebay.com/itm/353112878346 | CN |
| 49 | charmas-store | https://www.ebay.com/usr/charmas-store | https://www.ebay.com/itm/353212547690 | LT |
| 50 | cheerful998 | https://www.ebay.com/usr/cheerful998 | https://www.ebay.com/itm/304676470252 | CN |
| 51 | chenlo63 | https://www.ebay.com/usr/chenlo63 | https://www.ebay.com/itm/165724355033 | CN |
| 52 | chickjia28 | https://www.ebay.com/usr/chickjia28 | https://www.ebay.com/itm/384432755820 | CN |
| 53 | coco-tree | https://www.ebay.com/usr/coco-tree | https://www.ebay.com/itm/294135397590 | KR |
| 54 | comfort.home20 | https://www.ebay.com/usr/comfort.home20 | https://www.ebay.com/itm/295268669412 | CN |
| 55 | coocogarder | https://www.ebay.com/usr/coocogarder | https://www.ebay.com/itm/234669049351 | CN |
| 56 | cool-girl2014 | https://www.ebay.com/usr/cool-girl2014 | https://www.ebay.com/itm/362368361686 | CN |
| 57 | curs_online | https://www.ebay.com/usr/curs_online | https://www.ebay.com/itm/302194332958 | IT |
| 58 | cyright | https://www.ebay.com/usr/cyright | https://www.ebay.com/itm/333602921341 | CN |
| 59 | czhykjxx | https://www.ebay.com/usr/czhykjxx | https://www.ebay.com/itm/334224268548 | CN |
| 60 | danlionmall | https://www.ebay.com/usr/danlionmall | https://www.ebay.com/itm/124295566072 | CN |
| 61 | de.top.angebote | https://www.ebay.com/usr/de.top.angebote | https://www.ebay.com/itm/352745601092 | IL |
| 62 | dersonrock | https://www.ebay.com/usr/dersonrock | https://www.ebay.com/itm/125513968767 | CN |
| 63 | detodstore | https://www.ebay.com/usr/detodstore | https://www.ebay.com/itm/175460896213 | CN |
| 64 | de-xue | https://www.ebay.com/usr/de-xue | https://www.ebay.com/itm/384595560039 | CN |
| 65 | digiyes_retail_store | https://www.ebay.com/usr/digiyes_retail_store | https://www.ebay.com/itm/125525131681 | CN |
| 66 | diywerkzeuge | https://www.ebay.com/usr/diywerkzeuge | https://www.ebay.com/itm/403945816246 | CN |
| 67 | doneabestore | https://www.ebay.com/usr/doneabestore | https://www.ebay.com/itm/285012734540 | HK |
| 68 | dontoblivion | https://www.ebay.com/usr/dontoblivion | https://www.ebay.com/itm/354235605076 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 69 | dragov | https://www.ebay.com/usr/dragov | https://www.ebay.com/itm/195355414243 | IL |
| 70 | dreammart | https://www.ebay.com/usr/dreammart | https://www.ebay.com/itm/274820682581 | CN |
| 71 | dresses-up | https://www.ebay.com/usr/dresses-up | https://www.ebay.com/itm/184529204808 | CN |
| 72 | earthshoptop | https://www.ebay.com/usr/earthshoptop | https://www.ebay.com/itm/204030862449 | CN |
| 73 | easyfind123 | https://www.ebay.com/usr/easyfind123 | https://www.ebay.com/itm/394014481053 | CN |
| 74 | easymart2016-8 | https://www.ebay.com/usr/easymart2016-8 | https://www.ebay.com/itm/265736492391 | CN |
| 75 | elaesh | https://www.ebay.com/usr/elaesh | https://www.ebay.com/itm/224484285495 | CN |
| 76 | eleallyouwant | https://www.ebay.com/usr/eleallyouwant | https://www.ebay.com/itm/403615414370 | CN |
| 77 | electricstore88 | https://www.ebay.com/usr/electricstore88 | https://www.ebay.com/itm/393832699432 | HK |
| 78 | elifeday | https://www.ebay.com/usr/elifeday | https://www.ebay.com/itm/275373257085 | CN |
| 79 | elifetech | https://www.ebay.com/usr/elifetech | https://www.ebay.com/itm/165619226818 | CN |
| 80 | eoug6007 | https://www.ebay.com/usr/eoug6007 | https://www.ebay.com/itm/154942865874 | CN |
| 81 | epath_detool | https://www.ebay.com/usr/epath_detool | https://www.ebay.com/itm/333973710666 | CN |
| 82 | epathstore | https://www.ebay.com/usr/epathstore | https://www.ebay.com/itm/394285194450 | CN |
| 83 | fascinatedgoods | https://www.ebay.com/usr/fascinatedgoods | https://www.ebay.com/itm/265572719891 | CN |
| 84 | feironzho_0 | https://www.ebay.com/usr/feironzho_0 | https://www.ebay.com/itm/203233293274 | CN |
| 85 | fengxingh38 | https://www.ebay.com/usr/fengxingh38 | https://www.ebay.com/itm/314215208816 | CN |
| 86 | flashlight_eshop | https://www.ebay.com/usr/flashlight_eshop | https://www.ebay.com/itm/224043896087 | HK |
| 87 | flintex-best-deals8 | https://www.ebay.com/usr/flintex-best-deals8 | https://www.ebay.com/itm/294825588822 | CA |
| 88 | flsimp71 | https://www.ebay.com/usr/flsimp71 | https://www.ebay.com/itm/403935389277 | CN |
| 89 | fmtor-parts | https://www.ebay.com/usr/fmtor-parts | https://www.ebay.com/itm/363743626570 | CN |
| 90 | fotf9649 | https://www.ebay.com/usr/fotf9649 | https://www.ebay.com/itm/194702152087 | CN |
| 91 | frebu_6779 | https://www.ebay.com/usr/frebu_6779 | https://www.ebay.com/itm/125538647113 | ID |
| 92 | fta647y | https://www.ebay.com/usr/fta647y | https://www.ebay.com/itm/143931657085 | GB |
| 93 | ftaelectronics | https://www.ebay.com/usr/ftaelectronics | https://www.ebay.com/itm/394021529140 | CA |
| 94 | fungistore | https://www.ebay.com/usr/fungistore | https://www.ebay.com/itm/193724089467 | CN |
| 95 | furniture-home608 | https://www.ebay.com/usr/furniture-home608 | https://www.ebay.com/itm/403917767317 | CN |
| 96 | genwiss | https://www.ebay.com/usr/genwiss | https://www.ebay.com/itm/154881667014 | CN |
| 97 | ghtseller | https://www.ebay.com/usr/ghtseller | https://www.ebay.com/itm/323441491165 | CN |
| 98 | givenstore | https://www.ebay.com/usr/givenstore | https://www.ebay.com/itm/194973908291 | NL |
| 99 | global_shopper | https://www.ebay.com/usr/global_shopper | https://www.ebay.com/itm/275482166447 | AU |
| 100 | global-sharer | https://www.ebay.com/usr/global-sharer | https://www.ebay.com/itm/265934229246 | CN |
| 101 | gogear-au | https://www.ebay.com/usr/gogear-au | https://www.ebay.com/itm/144755045206 | AU |
| 102 | goldenlioneye | https://www.ebay.com/usr/goldenlioneye | https://www.ebay.com/itm/363315816760 | LK |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 103 | gone37lo | https://www.ebay.com/usr/gone37lo | https://www.ebay.com/itm/374019450630 | CN |
| 104 | goodforyou-ra | https://www.ebay.com/usr/goodforyou-ra | https://www.ebay.com/itm/363899404907 | CN |
| 105 | goodstore0 | https://www.ebay.com/usr/goodstore0 | https://www.ebay.com/itm/165524108633 | CN |
| 106 | goodtronic | https://www.ebay.com/usr/goodtronic | https://www.ebay.com/itm/223102570488 | HK |
| 107 | gootik | https://www.ebay.com/usr/gootik | https://www.ebay.com/itm/383680684946 | CN |
| 108 | gostaddy | https://www.ebay.com/usr/gostaddy | https://www.ebay.com/itm/175154041727 | CN |
| 109 | gracekarincollection | https://www.ebay.com/usr/gracekarincollection | https://www.ebay.com/itm/143402703347 | CN |
| 110 | greatdeal2010ftaelectronics | https://www.ebay.com/usr/greatdeal2010ftaelectronics | https://www.ebay.com/itm/384764617840 | CA |
| 111 | greatdealonelectronics | https://www.ebay.com/usr/greatdealonelectronics | https://www.ebay.com/itm/255414777237 | CA |
| 112 | gribbond | https://www.ebay.com/usr/gribbond | https://www.ebay.com/itm/165690212422 | GB |
| 113 | growsunlight | https://www.ebay.com/usr/growsunlight | https://www.ebay.com/itm/133752962347 | CN |
| 114 | grseller_2 | https://www.ebay.com/usr/grseller_2 | https://www.ebay.com/itm/403811866559 | CN |
| 115 | guang228 | https://www.ebay.com/usr/guang228 | https://www.ebay.com/itm/354305830698 | CN |
| 116 | guanghao2019 | https://www.ebay.com/usr/guanghao2019 | https://www.ebay.com/itm/314026199577 | CN |
| 117 | guocale_50 | https://www.ebay.com/usr/guocale_50 | https://www.ebay.com/itm/334579061348 | CN |
| 118 | gyplkmnb | https://www.ebay.com/usr/gyplkmnb | https://www.ebay.com/itm/374234143497 | EG |
| 119 | havefunstore89 | https://www.ebay.com/usr/havefunstore89 | https://www.ebay.com/itm/313671480434 | CN |
| 120 | hellofashion6666 | https://www.ebay.com/usr/hellofashion6666 | https://www.ebay.com/itm/403701606248 | CN |
| 121 | heyciting | https://www.ebay.com/usr/heyciting | https://www.ebay.com/itm/255178820933 | HK |
| 122 | hhxndbct_9 | https://www.ebay.com/usr/hhxndbct_9 | https://www.ebay.com/itm/134170417297 | CN |
| 123 | hit_stuffs | https://www.ebay.com/usr/hit_stuffs | https://www.ebay.com/itm/113783292098 | HK |
| 124 | hjdj2019 | https://www.ebay.com/usr/hjdj2019 | https://www.ebay.com/itm/313758218168 | CN |
| 125 | hmsaerge | https://www.ebay.com/usr/hmsaerge | https://www.ebay.com/itm/374155061571 | CN |
| 126 | homestore758 | https://www.ebay.com/usr/homestore758 | https://www.ebay.com/itm/294264814840 | LT |
| 127 | homewhbt | https://www.ebay.com/usr/homewhbt | https://www.ebay.com/itm/394275637404 | CN |
| 128 | hotsell_63 | https://www.ebay.com/usr/hotsell_63 | https://www.ebay.com/itm/363977943105 | EG |
| 129 | hsw-winer | https://www.ebay.com/usr/hsw-winer | https://www.ebay.com/itm/134319687654 | CN |
| 130 | hunmgb | https://www.ebay.com/usr/hunmgb | https://www.ebay.com/itm/165713164921 | HK |
| 131 | hus_ltd | https://www.ebay.com/usr/hus_ltd | https://www.ebay.com/itm/275534259489 | CN |
| 132 | hv-store | https://www.ebay.com/usr/hv-store | https://www.ebay.com/itm/204104508538 | CN |
| 133 | ibelieve2019 | https://www.ebay.com/usr/ibelieve2019 | https://www.ebay.com/itm/403913268262 | CN |
| 134 | i-fashion2020 | https://www.ebay.com/usr/i-fashion2020 | https://www.ebay.com/itm/225110025252 | CN |
| 135 | igua0 | https://www.ebay.com/usr/igua0 | https://www.ebay.com/itm/372234798928 | FR |
| 136 | ihomebase | https://www.ebay.com/usr/ihomebase | https://www.ebay.com/itm/354371906395 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 137 | ilovebuy24h | https://www.ebay.com/usr/ilovebuy24h | https://www.ebay.com/itm/363810281003 | CN |
| 138 | imihai80 | https://www.ebay.com/usr/imihai80 | https://www.ebay.com/itm/234659514583 | GB |
| 139 | immer0618 | https://www.ebay.com/usr/immer0618 | https://www.ebay.com/itm/164791795192 | CN |
| 140 | inocstore | https://www.ebay.com/usr/inocstore | https://www.ebay.com/itm/284969426103 | LK |
| 141 | insideyourstyle | https://www.ebay.com/usr/insideyourstyle | https://www.ebay.com/itm/284882381533 | CN |
| 142 | irtto | https://www.ebay.com/usr/irtto | https://www.ebay.com/itm/275474949655 | CN |
| 143 | isaac-store | https://www.ebay.com/usr/isaac-store | https://www.ebay.com/itm/192958091924 | CN |
| 144 | ita-swis | https://www.ebay.com/usr/ita-swis | https://www.ebay.com/itm/334609481443 | IL |
| 145 | iwoo82 | https://www.ebay.com/usr/iwoo82 | https://www.ebay.com/itm/203662206375 | RS |
| 146 | j.garden-2 | https://www.ebay.com/usr/j.garden-2 | https://www.ebay.com/itm/304630036804 | CN |
| 147 | jahyshowup | https://www.ebay.com/usr/jahyshowup | https://www.ebay.com/itm/255669646576 | CN |
| 148 | japanuniverse | https://www.ebay.com/usr/japanuniverse | https://www.ebay.com/itm/125564071239 | JP |
| 149 | jehaalmamlou_0 | https://www.ebay.com/usr/jehaalmamlou_0 | https://www.ebay.com/itm/165715049147 | IL |
| 150 | jiangwe-7556 | https://www.ebay.com/usr/jiangwe-7556 | https://www.ebay.com/itm/125505422148 | CN |
| 151 | jindinnin | https://www.ebay.com/usr/jindinnin | https://www.ebay.com/itm/255204550848 | GB |
| 152 | jourmine | https://www.ebay.com/usr/jourmine | https://www.ebay.com/itm/285006018732 | CN |
| 153 | joyroom-store | https://www.ebay.com/usr/joyroom-store | https://www.ebay.com/itm/384830168972 | CN |
| 154 | jueying_1 | https://www.ebay.com/usr/jueying_1 | https://www.ebay.com/itm/185449679909 | CN |
| 155 | julwu-8751 | https://www.ebay.com/usr/julwu-8751 | https://www.ebay.com/itm/385137747116 | ID |
| 156 | just-believe01 | https://www.ebay.com/usr/just-believe01 | https://www.ebay.com/itm/114961209137 | CN |
| 157 | jwrnhmall | https://www.ebay.com/usr/jwrnhmall | https://www.ebay.com/itm/403527092422 | CN |
| 158 | jycyling-go | https://www.ebay.com/usr/jycyling-go | https://www.ebay.com/itm/313963232604 | CN |
| 159 | jyhibuybike | https://www.ebay.com/usr/jyhibuybike | https://www.ebay.com/itm/175347783948 | CN |
| 160 | jzcxdealsmart | https://www.ebay.com/usr/jzcxdealsmart | https://www.ebay.com/itm/203766945244 | CN |
| 161 | jzcxfreego | https://www.ebay.com/usr/jzcxfreego | https://www.ebay.com/itm/165569539670 | CN |
| 162 | jzcxkingtu | https://www.ebay.com/usr/jzcxkingtu | https://www.ebay.com/itm/294934619551 | CN |
| 163 | keepshopping-004 | https://www.ebay.com/usr/keepshopping-004 | https://www.ebay.com/itm/125593682692 | CN |
| 164 | kellylogline10 | https://www.ebay.com/usr/kellylogline10 | https://www.ebay.com/itm/115565573602 | CN |
| 165 | king-future | https://www.ebay.com/usr/king-future | https://www.ebay.com/itm/183410030434 | HK |
| 166 | kkqeb001 | https://www.ebay.com/usr/kkqeb001 | https://www.ebay.com/itm/183934126151 | CN |
| 167 | konicoo21 | https://www.ebay.com/usr/konicoo21 | https://www.ebay.com/itm/374008968287 | CN |
| 168 | kujora_18 | https://www.ebay.com/usr/kujora_18 | https://www.ebay.com/itm/295230552026 | ID |
| 169 | kunyang518 | https://www.ebay.com/usr/kunyang518 | https://www.ebay.com/itm/274415785232 | CN |
| 170 | lanfyshop | https://www.ebay.com/usr/lanfyshop | https://www.ebay.com/itm/185410405029 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 171 | liaomen-72 | https://www.ebay.com/usr/liaomen-72 | https://www.ebay.com/itm/384135950998 | CN |
| 172 | libbyslibrary | https://www.ebay.com/usr/libbyslibrary | https://www.ebay.com/itm/143604570595 | CA |
| 173 | lightyourheart000 | https://www.ebay.com/usr/lightyourheart000 | https://www.ebay.com/itm/313310302796 | CN |
| 174 | limei-13 | https://www.ebay.com/usr/limei-13 | https://www.ebay.com/itm/403931896623 | CN |
| 175 | linglongtech | https://www.ebay.com/usr/linglongtech | https://www.ebay.com/itm/234681931290 | CN |
| 176 | linkssey6819 | https://www.ebay.com/usr/linkssey6819 | https://www.ebay.com/itm/144713876732 | CN |
| 177 | linkssey682_5 | https://www.ebay.com/usr/linkssey682_5 | https://www.ebay.com/itm/265867240798 | CN |
| 178 | liveonly4you | https://www.ebay.com/usr/liveonly4you | https://www.ebay.com/itm/193775886012 | CN |
| 179 | long9tansha | https://www.ebay.com/usr/long9tansha | https://www.ebay.com/itm/363785685206 | CN |
| 180 | lt-ambra | https://www.ebay.com/usr/lt-ambra | https://www.ebay.com/itm/223805667371 | LT |
| 181 | lucky_lyj | https://www.ebay.com/usr/lucky_lyj | https://www.ebay.com/itm/115096485962 | CN |
| 182 | luckybychance997 | https://www.ebay.com/usr/luckybychance997 | https://www.ebay.com/itm/224945685032 | CN |
| 183 | luhk230 | https://www.ebay.com/usr/luhk230 | https://www.ebay.com/itm/255712470518 | CN |
| 184 | lwsq3524 | https://www.ebay.com/usr/lwsq3524 | https://www.ebay.com/itm/175384174383 | CN |
| 185 | lychee-550 | https://www.ebay.com/usr/lychee-550 | https://www.ebay.com/itm/334455474471 | CN |
| 186 | magnetstock | https://www.ebay.com/usr/magnetstock | https://www.ebay.com/itm/314157328772 | CN |
| 187 | manufacturersale | https://www.ebay.com/usr/manufacturersale | https://www.ebay.com/itm/164896192396 | CN |
| 188 | manymoney94 | https://www.ebay.com/usr/manymoney94 | https://www.ebay.com/itm/373943433641 | CN |
| 189 | mark-top-280 | https://www.ebay.com/usr/mark-top-280 | https://www.ebay.com/itm/195398735604 | CN |
| 190 | marvelousability | https://www.ebay.com/usr/marvelousability | https://www.ebay.com/itm/374258865684 | CN |
| 191 | masoo691 | https://www.ebay.com/usr/masoo691 | https://www.ebay.com/itm/303127209401 | GB |
| 192 | mastifflight | https://www.ebay.com/usr/mastifflight | https://www.ebay.com/itm/273570615820 | CN |
| 193 | miniledlight | https://www.ebay.com/usr/miniledlight | https://www.ebay.com/itm/285000250495 | CN |
| 194 | miracle_mall | https://www.ebay.com/usr/miracle_mall | https://www.ebay.com/itm/363799312699 | TH |
| 195 | mixmixmixmix | https://www.ebay.com/usr/mixmixmixmix | https://www.ebay.com/itm/154817222452 | LT |
| 196 | mpower_hongkong | https://www.ebay.com/usr/mpower_hongkong | https://www.ebay.com/itm/233686081586 | HK |
| 197 | mr.8 | https://www.ebay.com/usr/mr.8 | https://www.ebay.com/itm/324657681383 | CN |
| 198 | msportltd | https://www.ebay.com/usr/msportltd | https://www.ebay.com/itm/224656021825 | GB |
| 199 | must40to | https://www.ebay.com/usr/must40to | https://www.ebay.com/itm/125534532185 | CN |
| 200 | naofa-5780 | https://www.ebay.com/usr/naofa-5780 | https://www.ebay.com/itm/394220816340 | CN |
| 201 | newyorktaniste | https://www.ebay.com/usr/newyorktaniste | https://www.ebay.com/itm/175252374259 | CN |
| 202 | ngljy-15 | https://www.ebay.com/usr/ngljy-15 | https://www.ebay.com/itm/304272600692 | CN |
| 203 | nilunagah_0 | https://www.ebay.com/usr/nilunagah_0 | https://www.ebay.com/itm/403625194477 | LK |
| 204 | no612785 | https://www.ebay.com/usr/no612785 | https://www.ebay.com/itm/175434941312 | GR |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 205 | nq_technology | https://www.ebay.com/usr/nq_technology | https://www.ebay.com/itm/354069881451 | CN |
| 206 | olympics_shop | https://www.ebay.com/usr/olympics_shop | https://www.ebay.com/itm/403864765770 | CN |
| 207 | online_24.7 | https://www.ebay.com/usr/online_24.7 | https://www.ebay.com/itm/384311968419 | LT |
| 208 | onybuyone | https://www.ebay.com/usr/onybuyone | https://www.ebay.com/itm/155169404604 | CN |
| 209 | opticfireuk | https://www.ebay.com/usr/opticfireuk | https://www.ebay.com/itm/162599960670 | GB |
| 210 | orwii-9 | https://www.ebay.com/usr/orwii-9 | https://www.ebay.com/itm/394269368323 | IL |
| 211 | partbusters | https://www.ebay.com/usr/partbusters | https://www.ebay.com/itm/134202363981 | GB |
| 212 | paulandjohn86 | https://www.ebay.com/usr/paulandjohn86 | https://www.ebay.com/itm/334206326255 | AU |
| 213 | pbis9567 | https://www.ebay.com/usr/pbis9567 | https://www.ebay.com/itm/153086193018 | CN |
| 214 | peacelovermall | https://www.ebay.com/usr/peacelovermall | https://www.ebay.com/itm/314139837404 | CN |
| 215 | pernew19 | https://www.ebay.com/usr/pernew19 | https://www.ebay.com/itm/294539194992 | CN |
| 216 | petitm-56 | https://www.ebay.com/usr/petitm-56 | https://www.ebay.com/itm/314082212820 | JP |
| 217 | philt8910 | https://www.ebay.com/usr/philt8910 | https://www.ebay.com/itm/154946827868 | GB |
| 218 | phkasi0 | https://www.ebay.com/usr/phkasi0 | https://www.ebay.com/itm/363457099876 | TH |
| 219 | photoadd | https://www.ebay.com/usr/photoadd | https://www.ebay.com/itm/265904279499 | CN |
| 220 | pinyon.m | https://www.ebay.com/usr/pinyon.m | https://www.ebay.com/itm/283773247910 | IL |
| 221 | pmpstore | https://www.ebay.com/usr/pmpstore | https://www.ebay.com/itm/323001556674 | LT |
| 222 | polk0d | https://www.ebay.com/usr/polk0d | https://www.ebay.com/itm/392858056108 | CN |
| 223 | popcoonnstore | https://www.ebay.com/usr/popcoonnstore | https://www.ebay.com/itm/402259123959 | CN |
| 224 | popmall | https://www.ebay.com/usr/popmall | https://www.ebay.com/itm/125515883484 | CN |
| 225 | possbay2012 | https://www.ebay.com/usr/possbay2012 | https://www.ebay.com/itm/144581848395 | CN |
| 226 | preardon019 | https://www.ebay.com/usr/preardon019 | https://www.ebay.com/itm/385154494112 | CN |
| 227 | premium_shop24 | https://www.ebay.com/usr/premium_shop24 | https://www.ebay.com/itm/234747539268 | DE |
| 228 | premiumtoolsforyou | https://www.ebay.com/usr/premiumtoolsforyou | https://www.ebay.com/itm/385093272531 | CN |
| 229 | puzair-79 | https://www.ebay.com/usr/puzair-79 | https://www.ebay.com/itm/304695004378 | CN |
| 230 | quality-sound_06 | https://www.ebay.com/usr/quality-sound_06 | https://www.ebay.com/itm/314132323145 | CN |
| 231 | queenfuture | https://www.ebay.com/usr/queenfuture | https://www.ebay.com/itm/193722434628 | HK |
| 232 | raazu32 | https://www.ebay.com/usr/raazu32 | https://www.ebay.com/itm/354304337621 | PH |
| 233 | rainway87 | https://www.ebay.com/usr/rainway87 | https://www.ebay.com/itm/265653009416 | CN |
| 234 | ranpo-global | https://www.ebay.com/usr/ranpo-global | https://www.ebay.com/itm/114941972616 | CN |
| 235 | ratingstars | https://www.ebay.com/usr/ratingstars | https://www.ebay.com/itm/224412330441 | CN |
| 236 | regj.na-0 | https://www.ebay.com/usr/regj.na-0 | https://www.ebay.com/itm/234704588243 | CN |
| 237 | regoldseller | https://www.ebay.com/usr/regoldseller | https://www.ebay.com/itm/275160284055 | CN |
| 238 | reket_62 | https://www.ebay.com/usr/reket_62 | https://www.ebay.com/itm/353976374242 | IL |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 239 | reliu2022 | https://www.ebay.com/usr/reliu2022 | https://www.ebay.com/itm/304671562350 | CN |
| 240 | renew_life | https://www.ebay.com/usr/renew_life | https://www.ebay.com/itm/313299126657 | LK |
| 241 | retro_canada | https://www.ebay.com/usr/retro_canada | https://www.ebay.com/itm/223523155657 | CA |
| 242 | rg-best | https://www.ebay.com/usr/rg-best | https://www.ebay.com/itm/314176076387 | CN |
| 243 | riet0yps | https://www.ebay.com/usr/riet0yps | https://www.ebay.com/itm/394071233832 | CN |
| 244 | ro-happy | https://www.ebay.com/usr/ro-happy | https://www.ebay.com/itm/114221139080 | CN |
| 245 | rolandkaj_0 | https://www.ebay.com/usr/rolandkaj_0 | https://www.ebay.com/itm/195085382987 | LT |
| 246 | rv-perfect-purchase | https://www.ebay.com/usr/rv-perfect-purchase | https://www.ebay.com/itm/403888248474 | IL |
| 247 | s7star | https://www.ebay.com/usr/s7star | https://www.ebay.com/itm/363746588151 | HK |
| 248 | saaiqba-5 | https://www.ebay.com/usr/saaiqba-5 | https://www.ebay.com/itm/295173660216 | GB |
| 249 | samay-26 | https://www.ebay.com/usr/samay-26 | https://www.ebay.com/itm/313923213052 | IL |
| 250 | sannystore-2010 | https://www.ebay.com/usr/sannystore-2010 | https://www.ebay.com/itm/293603156100 | CN |
| 251 | santoneco-70 | https://www.ebay.com/usr/santoneco-70 | https://www.ebay.com/itm/133935198713 | VN |
| 252 | savemoneyforyou | https://www.ebay.com/usr/savemoneyforyou | https://www.ebay.com/itm/401707424347 | CN |
| 253 | savridary | https://www.ebay.com/usr/savridary | https://www.ebay.com/itm/175146725635 | IL |
| 254 | sdwillingmall | https://www.ebay.com/usr/sdwillingmall | https://www.ebay.com/itm/165058129501 | CN |
| 255 | securitying | https://www.ebay.com/usr/securitying | https://www.ebay.com/itm/265772497262 | CN |
| 256 | seeyamall | https://www.ebay.com/usr/seeyamall | https://www.ebay.com/itm/264943676464 | CN |
| 257 | serendipitything | https://www.ebay.com/usr/serendipitything | https://www.ebay.com/itm/312733325313 | CN |
| 258 | sevencolorslife | https://www.ebay.com/usr/sevencolorslife | https://www.ebay.com/itm/123760340880 | CN |
| 259 | sggywvz0 | https://www.ebay.com/usr/sggywvz0 | https://www.ebay.com/itm/275502923000 | CN |
| 260 | shabb-2239 | https://www.ebay.com/usr/shabb-2239 | https://www.ebay.com/itm/125489492881 | EG |
| 261 | shedarm-8 | https://www.ebay.com/usr/shedarm-8 | https://www.ebay.com/itm/354372521907 | ID |
| 262 | shengfire | https://www.ebay.com/usr/shengfire | https://www.ebay.com/itm/204071214248 | CN |
| 263 | shiningweddingdeals | https://www.ebay.com/usr/shiningweddingdeals | https://www.ebay.com/itm/125186632946 | CN |
| 264 | shop_hk | https://www.ebay.com/usr/shop_hk | https://www.ebay.com/itm/133012725281 | HK |
| 265 | shopkey2 | https://www.ebay.com/usr/shopkey2 | https://www.ebay.com/itm/293682095633 | IT |
| 266 | shopy001 | https://www.ebay.com/usr/shopy001 | https://www.ebay.com/itm/334483124612 | HK |
| 267 | sidacreativ | https://www.ebay.com/usr/sidacreativ | https://www.ebay.com/itm/195410924495 | ID |
| 268 | sittthana-0 | https://www.ebay.com/usr/sittthana-0 | https://www.ebay.com/itm/284395594756 | TH |
| 269 | sky_home2011 | https://www.ebay.com/usr/sky_home2011 | https://www.ebay.com/itm/402991345454 | CN |
| 270 | smiley.ltd.2015 | https://www.ebay.com/usr/smiley.ltd.2015 | https://www.ebay.com/itm/252893264788 | IL |
| 271 | soleay88 | https://www.ebay.com/usr/soleay88 | https://www.ebay.com/itm/165652928117 | CN |
| 272 | soundadvice108 | https://www.ebay.com/usr/soundadvice108 | https://www.ebay.com/itm/165538230962 | GB |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 273 | specialthing | https://www.ebay.com/usr/specialthing | https://www.ebay.com/itm/294657877610 | HK |
| 274 | spen13tne | https://www.ebay.com/usr/spen13tne | https://www.ebay.com/itm/394014624522 | CN |
| 275 | sporthappy168 | https://www.ebay.com/usr/sporthappy168 | https://www.ebay.com/itm/353646531771 | CN |
| 276 | stayfocuson99 | https://www.ebay.com/usr/stayfocuson99 | https://www.ebay.com/itm/304162109356 | CN |
| 277 | stysky | https://www.ebay.com/usr/stysky | https://www.ebay.com/itm/284887716888 | CN |
| 278 | super_bonny88 | https://www.ebay.com/usr/super_bonny88 | https://www.ebay.com/itm/281509565826 | HK |
| 279 | super-dinosaur | https://www.ebay.com/usr/super-dinosaur | https://www.ebay.com/itm/394224842279 | CN |
| 280 | superfastpost | https://www.ebay.com/usr/superfastpost | https://www.ebay.com/itm/403925261257 | HK |
| 281 | takemetoyou | https://www.ebay.com/usr/takemetoyou | https://www.ebay.com/itm/274538699838 | CN |
| 282 | tf2019 | https://www.ebay.com/usr/tf2019 | https://www.ebay.com/itm/134223859230 | CN |
| 283 | the-eagle-1995 | https://www.ebay.com/usr/the-eagle-1995 | https://www.ebay.com/itm/165198933793 | UA |
| 284 | todaycandeals | https://www.ebay.com/usr/todaycandeals | https://www.ebay.com/itm/225126717969 | CA |
| 285 | topelectronics2010 | https://www.ebay.com/usr/topelectronics2010 | https://www.ebay.com/itm/295147018809 | CN |
| 286 | tra_9004 | https://www.ebay.com/usr/tra_9004 | https://www.ebay.com/itm/134284206003 | ID |
| 287 | tworabbit | https://www.ebay.com/usr/tworabbit | https://www.ebay.com/itm/393996648530 | CN |
| 288 | tyr888 | https://www.ebay.com/usr/tyr888 | https://www.ebay.com/itm/363777733905 | CN |
| 289 | uk_jaisw | https://www.ebay.com/usr/uk_jaisw | https://www.ebay.com/itm/304091297390 | GB |
| 290 | umissmall | https://www.ebay.com/usr/umissmall | https://www.ebay.com/itm/284998790473 | CN |
| 291 | unvo5542 | https://www.ebay.com/usr/unvo5542 | https://www.ebay.com/itm/325381868336 | CN |
| 292 | uplanet | https://www.ebay.com/usr/uplanet | https://www.ebay.com/itm/304635756392 | CN |
| 293 | urichdealstore | https://www.ebay.com/usr/urichdealstore | https://www.ebay.com/itm/114814674968 | CN |
| 294 | vanilashop | https://www.ebay.com/usr/vanilashop | https://www.ebay.com/itm/144564126659 | LT |
| 295 | vastfire | https://www.ebay.com/usr/vastfire | https://www.ebay.com/itm/394177207784 | CN |
| 296 | vastfire2019 | https://www.ebay.com/usr/vastfire2019 | https://www.ebay.com/itm/313972526334 | CN |
| 297 | vastfire99 | https://www.ebay.com/usr/vastfire99 | https://www.ebay.com/itm/293269767036 | CN |
| 298 | vastfire-light | https://www.ebay.com/usr/vastfire-light | https://www.ebay.com/itm/353959616567 | CN |
| 299 | vetrestxksky | https://www.ebay.com/usr/vetrestxksky | https://www.ebay.com/itm/165733810523 | CN |
| 300 | violet0 | https://www.ebay.com/usr/violet0 | https://www.ebay.com/itm/303469104229 | CN |
| 301 | vshopforu | https://www.ebay.com/usr/vshopforu | https://www.ebay.com/itm/265208922267 | LK |
| 302 | wallacegaoo | https://www.ebay.com/usr/wallacegaoo | https://www.ebay.com/itm/394071122645 | CN |
| 303 | wangbufanpretty | https://www.ebay.com/usr/wangbufanpretty | https://www.ebay.com/itm/403347875733 | HK |
| 304 | wangoodfuture | https://www.ebay.com/usr/wangoodfuture | https://www.ebay.com/itm/385211975295 | HK |
| 305 | wangzhencc_8 | https://www.ebay.com/usr/wangzhencc_8 | https://www.ebay.com/itm/363920803750 | CN |
| 306 | warmencounter | https://www.ebay.com/usr/warmencounter | https://www.ebay.com/itm/225213196549 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 307 | warmservice | https://www.ebay.com/usr/warmservice | https://www.ebay.com/itm/284994522840 | CN |
| 308 | weareeasyshop | https://www.ebay.com/usr/weareeasyshop | https://www.ebay.com/itm/265213256531 | CN |
| 309 | weimeilia_65 | https://www.ebay.com/usr/weimeilia_65 | https://www.ebay.com/itm/165674292962 | CN |
| 310 | welltopshophk17 | https://www.ebay.com/usr/welltopshophk17 | https://www.ebay.com/itm/325372754496 | HK |
| 311 | wendyjoe-3 | https://www.ebay.com/usr/wendyjoe-3 | https://www.ebay.com/itm/374255300985 | CN |
| 312 | wers1245 | https://www.ebay.com/usr/wers1245 | https://www.ebay.com/itm/314165622708 | CN |
| 313 | weshuji_0 | https://www.ebay.com/usr/weshuji_0 | https://www.ebay.com/itm/225213312548 | CN |
| 314 | whose-motorcycle | https://www.ebay.com/usr/whose-motorcycle | https://www.ebay.com/itm/304687768668 | CN |
| 315 | wikum_estore | https://www.ebay.com/usr/wikum_estore | https://www.ebay.com/itm/195053375226 | LK |
| 316 | xaeiow_2 | https://www.ebay.com/usr/xaeiow_2 | https://www.ebay.com/itm/155123283588 | CN |
| 317 | xedstore.3 | https://www.ebay.com/usr/xedstore.3 | https://www.ebay.com/itm/354092789887 | CN |
| 318 | xiaorong8661 | https://www.ebay.com/usr/xiaorong8661 | https://www.ebay.com/itm/265486341200 | CN |
| 319 | ximnp4-60 | https://www.ebay.com/usr/ximnp4-60 | https://www.ebay.com/itm/155163783628 | CN |
| 320 | xinyi-002 | https://www.ebay.com/usr/xinyi-002 | https://www.ebay.com/itm/304616473475 | CN |
| 321 | xjsj02 | https://www.ebay.com/usr/xjsj02 | https://www.ebay.com/itm/373622210073 | CN |
| 322 | xkecojoy | https://www.ebay.com/usr/xkecojoy | https://www.ebay.com/itm/385170143339 | CN |
| 323 | xkjzbestseller | https://www.ebay.com/usr/xkjzbestseller | https://www.ebay.com/itm/294832993913 | CN |
| 324 | xovo1894 | https://www.ebay.com/usr/xovo1894 | https://www.ebay.com/itm/265971240206 | CN |
| 325 | xssj69 | https://www.ebay.com/usr/xssj69 | https://www.ebay.com/itm/363931652671 | CN |
| 326 | xunha-32 | https://www.ebay.com/usr/xunha-32 | https://www.ebay.com/itm/363718523286 | CN |
| 327 | yafeetop | https://www.ebay.com/usr/yafeetop | https://www.ebay.com/itm/202648515689 | CN |
| 328 | yaoxi379 | https://www.ebay.com/usr/yaoxi379 | https://www.ebay.com/itm/363989739684 | CN |
| 329 | ybenjoyshopping | https://www.ebay.com/usr/ybenjoyshopping | https://www.ebay.com/itm/384796103127 | CN |
| 330 | ybf626 | https://www.ebay.com/usr/ybf626 | https://www.ebay.com/itm/363841927980 | CN |
| 331 | yesytu79 | https://www.ebay.com/usr/yesytu79 | https://www.ebay.com/itm/265779569692 | CN |
| 332 | yosesu-80 | https://www.ebay.com/usr/yosesu-80 | https://www.ebay.com/itm/403899436831 | ID |
| 333 | yoson-camping | https://www.ebay.com/usr/yoson-camping | https://www.ebay.com/itm/372652518379 | CN |
| 334 | yous-9494 | https://www.ebay.com/usr/yous-9494 | https://www.ebay.com/itm/385049380849 | MA |
| 335 | yrkb168898 | https://www.ebay.com/usr/yrkb168898 | https://www.ebay.com/itm/402994626317 | CN |
| 336 | yuxiang26 | https://www.ebay.com/usr/yuxiang26 | https://www.ebay.com/itm/353536439701 | CN |
| 337 | yy2019 | https://www.ebay.com/usr/yy2019 | https://www.ebay.com/itm/384886774950 | CN |
| 338 | zb-jyh | https://www.ebay.com/usr/zb-jyh | https://www.ebay.com/itm/123779034681 | CN |
| 339 | zhenligu79 | https://www.ebay.com/usr/zhenligu79 | https://www.ebay.com/itm/304672063400 | CN |
| 340 | zyyltd_17 | https://www.ebay.com/usr/zyyltd_17 | https://www.ebay.com/itm/314043720127 | CN |

| D.No. | Seller Name | Store URL | Product Url | Co |
|---|---|---|---|---|
| 341 | b4boutique | https://www.ebay.co.uk/usr/b4boutique | https://www.ebay.co.uk/itm/124338804429 | GB |
| 342 | cblightmarket | https://www.ebay.co.uk/usr/cblightmarket | https://www.ebay.co.uk/itm/403786771930 | CN |
| 343 | centaure200 | https://www.ebay.co.uk/usr/centaure200 | https://www.ebay.co.uk/itm/195422070533 | IL |
| 344 | eastco-eng | https://www.ebay.co.uk/usr/eastco-eng | https://www.ebay.co.uk/itm/161685335621 | GB |
| 345 | grseller_2 | https://www.ebay.co.uk/usr/grseller_2 | https://www.ebay.co.uk/itm/403357139519 | CN |
| 346 | guang228 | https://www.ebay.co.uk/usr/guang228 | https://www.ebay.co.uk/itm/354245983876 | CN |
| 347 | imihai80 | https://www.ebay.co.uk/usr/imihai80 | https://www.ebay.co.uk/itm/234302377472 | GB |
| 348 | khyu88 | https://www.ebay.co.uk/usr/khyu88 | https://www.ebay.co.uk/itm/155163541523 | CN |
| 349 | king-future | https://www.ebay.co.uk/usr/king-future | https://www.ebay.co.uk/itm/184384089978 | HK |
| 350 | laxzo | https://www.ebay.co.uk/usr/laxzo | https://www.ebay.co.uk/itm/143433006093 | GB |
| 351 | lifechanger97 | https://www.ebay.co.uk/usr/lifechanger97 | https://www.ebay.co.uk/itm/385223378332 | CN |
| 352 | mingbufan | https://www.ebay.co.uk/usr/mingbufan | https://www.ebay.co.uk/itm/313498693544 | HK |
| 353 | renp7707 | https://www.ebay.co.uk/usr/renp7707 | https://www.ebay.co.uk/itm/234279766469 | CN |
| 354 | simon21432 | https://www.ebay.co.uk/usr/simon21432 | https://www.ebay.co.uk/itm/275157753595 | GB |
| 355 | store_jupiter | https://www.ebay.co.uk/usr/store_jupiter | https://www.ebay.co.uk/itm/403391810489 | LT |
| 356 | super_bonny88 | https://www.ebay.co.uk/usr/super_bonny88 | https://www.ebay.co.uk/itm/274065554856 | HK |
| 357 | top-deals30 | https://www.ebay.co.uk/usr/top-deals30 | https://www.ebay.co.uk/itm/144775292825 | GB |
| 358 | ur5store | https://www.ebay.co.uk/usr/ur5store | https://www.ebay.co.uk/itm/191893724569 | CN |
| 359 | vastfire99 | https://www.ebay.co.uk/usr/vastfire99 | https://www.ebay.co.uk/itm/295192357808 | CN |
| 360 | xyfs-us | https://www.ebay.co.uk/usr/xyfs-us | https://www.ebay.co.uk/itm/203351433234 | CN |