UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF FILING PROPOSED SUMMONS

     Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives

notice that the attached proposed summons is being electronically filed.

Date:  August 1, 2023          Respectfully submitted by,

                                    **Javier Sobrado**
                                    Javier Sobrado (Fla. Bar No. 44992)
                                    Attorney Email address: jsobrado@brickellip.com
                                    THE BRICKELL IP GROUP, PLLC
                                    1101 Brickell Avenue, South Tower, Suite 800
                                    Miami FL, 33131
                                    Telephone: (305) 728-8831
                                    *Attorneys for Plaintiff*