UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### DECLARATION OF JAVIER SOBRADO IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND *EX PARTE* TEMPORARY RESTRAINING ORDER

I, Javier Sobrado, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion to Extend the Court's Sealed Order Granting Application for Entry of Temporary Restraining Order [ECF No. 14] (the "TRO"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am counsel of record for Plaintiff, CreeLED, Inc. ("Plaintiff").

3. On August 9, 2023, we served most of the Defendants identified on Schedule A to the Complaint with copies of the Complaint, Summons, and TRO for this case. However, we had not received the appropriate contact information from Third-Party Provider, Etsy, for other Defendants identified on Schedule A to the Complaint. This morning I requested the additional contact information for these remaining Defendants from Third Party provider, Etsy, and should receive this information within the next few days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 10th day of August 2023, at Miami, Florida.

*/Javier Sobrado/*
Javier Sobrado
