UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Extension of the Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (the "TRO"). Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**.

1)     The August 14, 2023 hearing date presently set forth by the TRO is rescheduled for _____, 2023 at __:__ am/pm; and

2)     The TRO dated July 31, 2023, shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

**DONE AND ORDERED** in Miami, Florida this ____ day of _____, 2023 at __:__ AM/PM.

_____
**HONORABLE KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record