UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF FILING CORRECTED SCHEDULE A TO COMPLAINT**

PLEASE TAKE NOTICE Plaintiff The Smiley Company SPRL, by undersigned counsel, hereby files the attached Corrected Schedule "A" to the Complaint, replacing and striking the previously filed Schedule A [ECF No. 13-1], which was filed in error. Plaintiff notes that the attached Schedule A is identical to the Schedule A submitted as Exhibit 1 [ECF No. 6-1] to Plaintiff's Motion for Temporary Restraining Order [ECF No. 6].

Date:   August 10, 2023                                                   Respectfully submitted by,

                                                                               **Javier Sobrado**
                                                                               Javier Sobrado (Fla. Bar No. 44992)
                                                                               Attorney Email: JSobrado@brickellip.com
                                                                               THE BRICKELL IP GROUP, PLLC
                                                                               1101 Brickell Avenue
                                                                               South Tower, Suite 800
                                                                               Miami FL, 33131
                                                                               Tel: 305-728-8831
                                                                               *Counsel for Plaintiff*