UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22376-CV-WILLIAMS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**FILED UNDER SEAL**

**ORDER**

    **THIS MATTER** is before the Court on Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order and Reschedule Hearing on Motion for Preliminary Injunction (DE 18) ("**Motion for Extension**"). On July 31, 2023, the Court affirmed and adopted Magistrate Judge Lisette M. Reid's report and recommendation (DE 11) on Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order (DE 6), issued a Temporary Restraining Order, and set a hearing on Plaintiff's Motion for a Preliminary Injunction on August 14, 2023 at 10:00 a.m. ("**PI Hearing**") (DE 14).

    In the Motion for Extension, Plaintiff requests that the Court reschedule the PI Hearing and extend the Temporary Restraining Order until after the conclusion of the rescheduled PI Hearing. Plaintiff states that on August 9, 2023, it served "most of the Defendants identified on Schedule A to the Complaint with copies of the Complaint, Summons, and TRO for this case." (DE 18 at 2.) However, Plaintiff notes that it did not request contact information for the remaining Defendants from the relevant Third-Party Provider until August 10, 2023. (*Id.*) Plaintiff has failed to show good cause for an

extension of the Temporary Restraining Order, and Plaintiff has provided no explanation for why it waited until ten days after the issuance of the Temporary Restraining Order to request contact information for Defendants so that it could serve them. Therefore, Plaintiff's Motion for Extension is denied. However, for other reasons, the PI Hearing is rescheduled for August 21, 2023 at 11:00 a.m. before Judge Reid, and the Temporary Restraining Order is extended by seven (7) days, until after the conclusion of the rescheduled PI Hearing. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Extension (DE 18) is **DENIED**.

2. For other reasons, the PI Hearing in this matter is **RESET** for <u>**August 21, 2023, at 11:00 a.m. EST**</u> before Magistrate Judge Lisette M. Reid via videoconference. To access the hearing, all parties shall utilize the following link: https://www.zoomgov.com/j/1609463427?pwd=SU9Tck83dXcyaGlubGZmNWRnZksydz09, **Meeting ID 160 946 3427**, and **Passcode 967347**.

3. The Temporary Restraining Order in this case is **EXTENDED** by seven (7) days, until after the conclusion of the rescheduled PI Hearing.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>11th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE