UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## CORRECTED NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

    alittleKLC (Defendant No. 14 on Schedule A to the Complaint);

    allthingsapplique (Defendant No. 18 on Schedule A to the Complaint);

    AlwaysBlanks (Defendant No. 19 on Schedule A to the Complaint);

    AlyssaVanderPloeg (Defendant No. 21 on Schedule A to the Complaint);

    AstronautEmuDesigns (Defendant No. 47 on Schedule A to the Complaint);

    AzaleaParkGifts (Defendant No. 56 on Schedule A to the Complaint);

    BigDreamsWallArt (Defendant No. 69 on Schedule A to the Complaint);

    BluegrassBuys (Defendant No. 76 on Schedule A to the Complaint);

    BLUEJEANSANDIAMONDS (Defendant No. 77 on Schedule A to the Complaint);

    BoThyme (Defendant No. 85 on Schedule A to the Complaint);

1

BoutiqueGraceUS (Defendant No. 86 on Schedule A to the Complaint);

BrittanyFrostDesigns (Defendant No. 89 on Schedule A to the Complaint);

ChaoswithKidsCo (Defendant No. 100 on Schedule A to the Complaint);

CharmCraftStore (Defendant No. 101 on Schedule A to the Complaint);

CleverDogDesigns (Defendant No. 113 on Schedule A to the Complaint);

CreativeCalmDesign (Defendant No. 131 on Schedule A to the Complaint);

CutAboveRubies (Defendant No. 142 on Schedule A to the Complaint);

D5Stitchesllc (Defendant No. 145 on Schedule A to the Complaint);

Dare2imPress (Defendant No. 150 on Schedule A to the Complaint);

DazzlingDesignzzz (Defendant No. 152 on Schedule A to the Complaint);

DDMpartydesigns (Defendant No. 153 on Schedule A to the Complaint);

DesertDigiDesigns (Defendant No. 157 on Schedule A to the Complaint);

DesigningInTheSouth (Defendant No. 163 on Schedule A to the Complaint);

DiamondDigitals22 (Defendant No. 171 on Schedule A to the Complaint);

Digilectable (Defendant No. 176 on Schedule A to the Complaint);

DigiSouthern (Defendant No. 177 on Schedule A to the Complaint);

DigitalDownLowCo (Defendant No. 181 on Schedule A to the Complaint);

doityourselfdc (Defendant No. 192 on Schedule A to the Complaint);

DoubleRDesignsStudio (Defendant No. 196 on Schedule A to the Complaint);

DragonSpiritPrint (Defendant No. 199 on Schedule A to the Complaint);

DreamPartyPrintables (Defendant No. 202 on Schedule A to the Complaint);

EdwardByConnally (Defendant No. 210 on Schedule A to the Complaint);

ExpertOutfit (Defendant No. 236 on Schedule A to the Complaint);

FantasticGDArt (Defendant No. 239 on Schedule A to the Complaint);

FiligranUSA (Defendant No. 242 on Schedule A to the Complaint);

FutureGraphics (Defendant No. 251 on Schedule A to the Complaint);

GirlyDogDesignsCo (Defendant No. 261 on Schedule A to the Complaint);

Groovydesignclub (Defendant No. 272 on Schedule A to the Complaint);

HelmsteadMaker (Defendant No. 282 on Schedule A to the Complaint);

Hippydecorandmore (Defendant No. 287 on Schedule A to the Complaint);

JourneySVGfile (Defendant No. 324 on Schedule A to the Complaint);

justforkeeps (Defendant No. 328 on Schedule A to the Complaint);

JustForYouByDoris (Defendant No. 329 on Schedule A to the Complaint);

kasdesignsco (Defendant No. 332 on Schedule A to the Complaint);

Lakeandcoplanners (Defendant No. 357 on Schedule A to the Complaint);

leadershipa (Defendant No. 363 on Schedule A to the Complaint);

Lelesdesigns (Defendant No. 369 on Schedule A to the Complaint);

LillysHandmades (Defendant No. 378 on Schedule A to the Complaint);

LitheRippleArt (Defendant No. 383 on Schedule A to the Complaint);

LLPaperDesignStudio (Defendant No. 388 on Schedule A to the Complaint);

LumenDigitalProducts (Defendant No. 401 on Schedule A to the Complaint);

maiyaancodesigns (Defendant No. 415 on Schedule A to the Complaint);

MaxWriz (Defendant No. 426 on Schedule A to the Complaint);

MBautistadesignco (Defendant No. 428 on Schedule A to the Complaint);

MiddleTNDesignCo (Defendant No. 433 on Schedule A to the Complaint);

MomsDailyDigital (Defendant No. 446 on Schedule A to the Complaint);

MoonMadeDigitals (Defendant No. 448 on Schedule A to the Complaint);

MyLovelyLiberation (Defendant No. 462 on Schedule A to the Complaint);

mystoreshops (Defendant No. 467 on Schedule A to the Complaint);

NailStickersUK (Defendant No. 471 on Schedule A to the Complaint);

palmettosvg (Defendant No. 507 on Schedule A to the Complaint);

PaperTownDesign (Defendant No. 510 on Schedule A to the Complaint);

PatternGirlClub (Defendant No. 512 on Schedule A to the Complaint);

PeachPiePatches (Defendant No. 515 on Schedule A to the Complaint);

PeachStateDesigns22 (Defendant No. 516 on Schedule A to the Complaint);

PowerfulkleeJewelry (Defendant No. 545 on Schedule A to the Complaint);

PreKPerfection (Defendant No. 546 on Schedule A to the Complaint);

PumpkinPopeye (Defendant No. 561 on Schedule A to the Complaint);

RainbowshineDesign (Defendant No. 568 on Schedule A to the Complaint);

RaineAndJoy (Defendant No. 569 on Schedule A to the Complaint);

RediApparel (Defendant No. 575 on Schedule A to the Complaint);

RediGraphix (Defendant No. 576 on Schedule A to the Complaint);

Rightgraphics (Defendant No. 580 on Schedule A to the Complaint);

Sara1jewels (Defendant No. 590 on Schedule A to the Complaint);

SeaandBlueDesign (Defendant No. 594 on Schedule A to the Complaint);

shopmollsdesigns (Defendant No. 611 on Schedule A to the Complaint);

SmallTownDesigns740 (Defendant No. 627 on Schedule A to the Complaint);

smARTpatches (Defendant No. 628 on Schedule A to the Complaint);

SmileyFaceEmbroidery (Defendant No. 630 on Schedule A to the Complaint);

SolarSubs (Defendant No. 633 on Schedule A to the Complaint);

SouthernSkyShoppe (Defendant No. 635 on Schedule A to the Complaint);

SparkCreativeCo (Defendant No. 636 on Schedule A to the Complaint);

StCroixDesignCo (Defendant No. 643 on Schedule A to the Complaint);

Studio178Designs (Defendant No. 651 on Schedule A to the Complaint);

StudioHelloYello (Defendant No. 653 on Schedule A to the Complaint);

SublimationArena (Defendant No. 658 on Schedule A to the Complaint);

SublimationPrintArt (Defendant No. 660 on Schedule A to the Complaint);

SubliStitchDigitals (Defendant No. 661 on Schedule A to the Complaint);

SubStudios (Defendant No. 662 on Schedule A to the Complaint);

SummerSundaysPNG (Defendant No. 664 on Schedule A to the Complaint);

SunnydropStudio (Defendant No. 666 on Schedule A to the Complaint);

SVGbyStudio (Defendant No. 672 on Schedule A to the Complaint);

Svgsbybri (Defendant No. 680 on Schedule A to the Complaint);

TheBlackBarnCo (Defendant No. 693 on Schedule A to the Complaint);

TheComfyClassroom (Defendant No. 695 on Schedule A to the Complaint);

thecreativeaura (Defendant No. 696 on Schedule A to the Complaint);

TheDramaticRose (Defendant No. 698 on Schedule A to the Complaint);

TheHandmaidSale (Defendant No. 700 on Schedule A to the Complaint);

TheTuckerCollective (Defendant No. 709 on Schedule A to the Complaint);

ToshiasTreasures1 (Defendant No. 717 on Schedule A to the Complaint);

TrendyStreetStudio (Defendant No. 721 on Schedule A to the Complaint);

TrendySVGShopCo (Defendant No. 722 on Schedule A to the Complaint);

5

TunikDesign (Defendant No. 731 on Schedule A to the Complaint);

TxClouds (Defendant No. 734 on Schedule A to the Complaint);

WeAreSVG (Defendant No. 752 on Schedule A to the Complaint);

westwavegraphics (Defendant No. 756 on Schedule A to the Complaint);

WhiskeyRunDigital (Defendant No. 757 on Schedule A to the Complaint);

WithItCreations (Defendant No. 760 on Schedule A to the Complaint); and

ZoeyCharms (Defendant No. 778 on Schedule A to the Complaint).

Date: August 11, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*