UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, reside in the county of Miami-Dade, and I am an attorney for Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), in the above-captioned action.

On August 9 and 10, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint [ECF No. 1], Issued Summons [ECF No. 16], the Report and Recommendation Granting TRO / TRO[1]Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order [11] ("TRO"), Sealed Order [ECF No. 14] affirming and adopting the Report and Recommendation, and Sealed Order Granting Motion for Alternative Service [ECF No. 12], as well as a link to the service website listed below to each foreign Defendant.

---

[1] The Court's July 31, 2023 Sealed Order [ECF No. 14] entered a temporary restraining order "against all entities included in Plaintiff's Schedule A as set forth the Report (DE 11)", effectively making pages 6-11 of the Report and Recommendation [ECF No. 11] the Temporary Restraining Order in this matter.

The Brickell IP Group, PLLC also effectuated service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, Report and Recommendation / TRO, Sealed Order adopting the Report and Recommendation, Order Granting Motion for Alternative Service, and all other filings in this case, on the website: https://www.dropbox.com/scl/fo/lgb047hd2h1zx3nhoth45/h?dl=0&rlkey=kq0i48u2ul1oe5em5raiuhjc8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2023 at Miami-Dade County, Florida.

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Fla. Bar No. 44992
Email: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Counsel for Plaintiff*