UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

ColorDigitalStudio (Defendant No. 120 on Schedule A to the Complaint),

SparklyDigitalStudio (Defendant No. 639 on Schedule A to the Complaint),

HouseOfTootSweet (Defendant No. 295 on Schedule A to the Complaint),

LottieandLysh (Defendant No. 397 on Schedule A to the Complaint), and

PrintedWeird (Defendant No. 551 on Schedule A to the Complaint).

Date: August 15, 2023        Respectfully submitted by,

        **Javier Sobrado**
        Javier Sobrado (Fla. Bar No. 44992)
        Attorney Email address: jsobrado@brickellip.com
        Arthur Robert Weaver (Fla. Bar no. 92132)
        Attorney Email address: rweaver@brickellip.com
        THE BRICKELL IP GROUP, PLLC
        1101 Brickell Avenue, South Tower, Suite 800
        Miami FL, 33131

Telephone: (305) 728-8831
*Attorneys for Plaintiff*