UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Blacksparrowuk (Defendant No. 74 on Schedule A to the Complaint),

    CreativeHeartSpace ((Defendant No. 132 on Schedule A to the Complaint),

    DigitalsByNiamh (Defendant No. 184 on Schedule A to the Complaint),

    EvilEyeJewelryGB (Defendant No. 233 on Schedule A to the Complaint),

    GooberStudioPrints (Defendant No. 264 on Schedule A to the Complaint),

    LeAmeria (Defendant No. 364 on Schedule A to the Complaint),

    LeReineCo (Defendant No. 373 on Schedule A to the Complaint),

    LittleGlintDesign (Defendant No. 385 on Schedule A to the Complaint),

    MlssSupplies (Defendant No. 444 on Schedule A to the Complaint),

    MoshiMoshiUK (Defendant No. 450 on Schedule A to the Complaint),

NicoTangUK (Defendant No. 481 on Schedule A to the Complaint),

skcjewelryDesign (Defendant No. 624 on Schedule A to the Complaint),

TATTOODAY (Defendant No. 687 on Schedule A to the Complaint), and

WorldThreeStudio (Defendant No. 763 on Schedule A to the Complaint).

Date:   August 16, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*