UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following

Defendants:

0511SUPPLY (Defendant No. 1 on Schedule A to the Complaint);

11FeathersJewellery (Defendant No. 2 on Schedule A to the Complaint);

14kgfcom (Defendant No. 3 on Schedule A to the Complaint);

2882Digital (Defendant No. 4 on Schedule A to the Complaint);

3dmonoprint (Defendant No. 5 on Schedule A to the Complaint);

3PiggiesDesigners (Defendant No. 6 on Schedule A to the Complaint);

3SISART (Defendant No. 7 on Schedule A to the Complaint);

5kittensdigital (Defendant No. 8 on Schedule A to the Complaint);

Aaronstudiographics (Defendant No. 9 on Schedule A to the Complaint);

AfroditTaki (Defendant No. 10 on Schedule A to the Complaint);

1

AIDigitalStore (Defendant No. 11 on Schedule A to the Complaint);

AleyKiAccessories (Defendant No. 12 on Schedule A to the Complaint);

Alistajewels (Defendant No. 13 on Schedule A to the Complaint);

AllegroDigitalPrints (Defendant No. 16 on Schedule A to the Complaint);

AllofTaken (Defendant No. 17 on Schedule A to the Complaint);

AlyonesSVG (Defendant No. 20 on Schedule A to the Complaint);

AmazingCuttables (Defendant No. 22 on Schedule A to the Complaint);

Angieonthewall (Defendant No. 23 on Schedule A to the Complaint);

annabadenberg (Defendant No. 24 on Schedule A to the Complaint);

ApfelblueteShopDE (Defendant No. 25 on Schedule A to the Complaint);

ArleneDesignStudio (Defendant No. 26 on Schedule A to the Complaint);

ArtAndPrintShop (Defendant No. 28 on Schedule A to the Complaint);

artbysugu (Defendant No. 29 on Schedule A to the Complaint);

ArtDesignGraphicShop (Defendant No. 30 on Schedule A to the Complaint);

ArtGalleryZen (Defendant No. 31 on Schedule A to the Complaint);

ArtInDesignShop (Defendant No. 32 on Schedule A to the Complaint);

artisanannieshop (Defendant No. 34 on Schedule A to the Complaint);

ArtisticLodge (Defendant No. 36 on Schedule A to the Complaint);

ArtisticPrintGalore (Defendant No. 37 on Schedule A to the Complaint);

ArtistsloftAU (Defendant No. 39 on Schedule A to the Complaint);

ArtMayaShop (Defendant No. 40 on Schedule A to the Complaint);

ArtsalesDesigns (Defendant No. 41 on Schedule A to the Complaint);

ArwenDigitalDesign (Defendant No. 43 on Schedule A to the Complaint);

ASCJewellery (Defendant No. 44 on Schedule A to the Complaint);

AshwallStore (Defendant No. 45 on Schedule A to the Complaint);

askingfortrouble (Defendant No. 46 on Schedule A to the Complaint);

AtaARTCo (Defendant No. 48 on Schedule A to the Complaint);

atelierdepoulet (Defendant No. 49 on Schedule A to the Complaint);

AtelierLarcher (Defendant No. 50 on Schedule A to the Complaint);

ATOLYELA (Defendant No. 51 on Schedule A to the Complaint);

AuroraGlint (Defendant No. 52 on Schedule A to the Complaint);

AuroraLightDigitalCo (Defendant No. 53 on Schedule A to the Complaint);

AvocadoPieDesign (Defendant No. 55 on Schedule A to the Complaint);

B2SAS (Defendant No. 57 on Schedule A to the Complaint);

BajiTemplateMaster (Defendant No. 58 on Schedule A to the Complaint);

BasicjewelleryCo (Defendant No. 59 on Schedule A to the Complaint);

BeadsFactor (Defendant No. 60 on Schedule A to the Complaint);

beadsmaker (Defendant No. 61 on Schedule A to the Complaint);

BeepStudio (Defendant No. 62 on Schedule A to the Complaint);

BelindaFashion (Defendant No. 63 on Schedule A to the Complaint);

BellaArtDigital (Defendant No. 64 on Schedule A to the Complaint);

BellonaJewellery (Defendant No. 65 on Schedule A to the Complaint);

BerShopMor (Defendant No. 66 on Schedule A to the Complaint);

bethanyannewilliams (Defendant No. 67 on Schedule A to the Complaint);

BetterMenUS (Defendant No. 68 on Schedule A to the Complaint);

BiggerThanPrintsShop (Defendant No. 70 on Schedule A to the Complaint);

3

BizDesignCo (Defendant No. 72 on Schedule A to the Complaint);

BlackSheepPrintsUK (Defendant No. 73 on Schedule A to the Complaint);

BlueBasilBoutique (Defendant No. 75 on Schedule A to the Complaint);

BluesBoutiqueDesign (Defendant No. 78 on Schedule A to the Complaint);

BlushCases (Defendant No. 79 on Schedule A to the Complaint);

BobbyTheGreek (Defendant No. 80 on Schedule A to the Complaint);

BohemianHomee (Defendant No. 81 on Schedule A to the Complaint);

BonnieandI (Defendant No. 82 on Schedule A to the Complaint);

boobooskins (Defendant No. 83 on Schedule A to the Complaint);

BossaJewels (Defendant No. 84 on Schedule A to the Complaint);

BraddyDigitals (Defendant No. 87 on Schedule A to the Complaint);

BrightStarKZ (Defendant No. 88 on Schedule A to the Complaint);

BubbaCrochet (Defendant No. 90 on Schedule A to the Complaint);

byIndigoPrints (Defendant No. 92 on Schedule A to the Complaint);

byJINNYS (Defendant No. 93 on Schedule A to the Complaint);

ByMeToYouDesign (Defendant No. 94 on Schedule A to the Complaint);

BySkagen (Defendant No. 95 on Schedule A to the Complaint);

CareationDesigns (Defendant No. 96 on Schedule A to the Complaint);

Case2amaze (Defendant No. 97 on Schedule A to the Complaint);

CetinDesigns (Defendant No. 98 on Schedule A to the Complaint);

CharmsAndKissesUK (Defendant No. 103 on Schedule A to the Complaint);

Chdorsignpo (Defendant No. 104 on Schedule A to the Complaint);

CherryArtDesgn (Defendant No. 105 on Schedule A to the Complaint);

CheshiresChestUK (Defendant No. 106 on Schedule A to the Complaint);

ChicSilverJewels (Defendant No. 107 on Schedule A to the Complaint);

ChicSilverStories (Defendant No. 108 on Schedule A to the Complaint);

Chilihonig (Defendant No. 109 on Schedule A to the Complaint);

CirgitStudio (Defendant No. 110 on Schedule A to the Complaint);

ClairesCreationUK (Defendant No. 112 on Schedule A to the Complaint);

ClipHeartCreations (Defendant No. 114 on Schedule A to the Complaint);

CloudNineCompanyUK (Defendant No. 115 on Schedule A to the Complaint);

Cocodesignsupply (Defendant No. 116 on Schedule A to the Complaint);

CocoValentin (Defendant No. 117 on Schedule A to the Complaint);

CoffeeLover07 (Defendant No. 118 on Schedule A to the Complaint);

CollarsbyPinky (Defendant No. 119 on Schedule A to the Complaint);

ColorDigitalStudio (Defendant No. 120 on Schedule A to the Complaint);

CoolThingsArtStore (Defendant No. 121 on Schedule A to the Complaint);

couturecraftsUK (Defendant No. 122 on Schedule A to the Complaint);

CozeezDesign (Defendant No. 123 on Schedule A to the Complaint);

CozyHome4You (Defendant No. 124 on Schedule A to the Complaint);

Craftedbymagical (Defendant No. 125 on Schedule A to the Complaint);

CraftuniCutters (Defendant No. 126 on Schedule A to the Complaint);

CraftyCutterSVG (Defendant No. 127 on Schedule A to the Complaint);

CrazyRugDesigns (Defendant No. 129 on Schedule A to the Complaint);

CreativeArtPL (Defendant No. 130 on Schedule A to the Complaint);

CreativeStudioDS (Defendant No. 133 on Schedule A to the Complaint);

CreativeteedesignsCo (Defendant No. 134 on Schedule A to the Complaint);

CreedRevival (Defendant No. 135 on Schedule A to the Complaint);

CropThatOut (Defendant No. 136 on Schedule A to the Complaint);

csjewelrysupplier (Defendant No. 137 on Schedule A to the Complaint);

Cufflinkware (Defendant No. 138 on Schedule A to the Complaint);

CustomShopDesignsArt (Defendant No. 140 on Schedule A to the Complaint);

CustomSignsByME (Defendant No. 141 on Schedule A to the Complaint);

CuteDigitalFactory (Defendant No. 143 on Schedule A to the Complaint);

CyberChickShop (Defendant No. 144 on Schedule A to the Complaint);

DAIXO (Defendant No. 146 on Schedule A to the Complaint);

daldandala (Defendant No. 147 on Schedule A to the Complaint);

dalycute (Defendant No. 148 on Schedule A to the Complaint);

DanaDesignNook (Defendant No. 149 on Schedule A to the Complaint);

DeeDeeCovers83 (Defendant No. 154 on Schedule A to the Complaint);

DeKralenOutlet (Defendant No. 155 on Schedule A to the Complaint);

DerAufbuegler (Defendant No. 156 on Schedule A to the Complaint);

DesignBestShop (Defendant No. 159 on Schedule A to the Complaint);

Designbymdahmad (Defendant No. 161 on Schedule A to the Complaint);

DesignDistrictInc (Defendant No. 162 on Schedule A to the Complaint);

DesignsbyHenrick (Defendant No. 165 on Schedule A to the Complaint);

DesignsOnFirst (Defendant No. 166 on Schedule A to the Complaint);

DesignSVGTumbler (Defendant No. 167 on Schedule A to the Complaint);

DesignzBySerendipity (Defendant No. 168 on Schedule A to the Complaint);

DEWYDesignsBuddy (Defendant No. 169 on Schedule A to the Complaint);

Diamantdamour (Defendant No. 170 on Schedule A to the Complaint);

DiamondHeartNL (Defendant No. 172 on Schedule A to the Complaint);

Diamondlandtr (Defendant No. 173 on Schedule A to the Complaint);

DickieBirdDesigns (Defendant No. 174 on Schedule A to the Complaint);

DigiCreator (Defendant No. 175 on Schedule A to the Complaint);

DigitalArtHubAU (Defendant No. 178 on Schedule A to the Complaint);

Digitalburcuarts (Defendant No. 179 on Schedule A to the Complaint);

DigitalDisko (Defendant No. 180 on Schedule A to the Complaint);

DigitalforPrintShop (Defendant No. 182 on Schedule A to the Complaint);

DigitalPixelstore (Defendant No. 183 on Schedule A to the Complaint);

DigitalStoreNmore (Defendant No. 185 on Schedule A to the Complaint);

Digitedy (Defendant No. 186 on Schedule A to the Complaint);

Dinonsense (Defendant No. 187 on Schedule A to the Complaint);

DirectSolutionStudio (Defendant No. 188 on Schedule A to the Complaint);

DivinJewelery (Defendant No. 190 on Schedule A to the Complaint);

DMMMGifts (Defendant No. 191 on Schedule A to the Complaint);

DollarMonograms (Defendant No. 193 on Schedule A to the Complaint);

Dominiporke (Defendant No. 194 on Schedule A to the Complaint);

DoubleKong (Defendant No. 195 on Schedule A to the Complaint);

DownloadPlayground (Defendant No. 197 on Schedule A to the Complaint);

downloadSVGfiles (Defendant No. 198 on Schedule A to the Complaint);

DreamDigitalCo (Defendant No. 200 on Schedule A to the Complaint);

DREAMJEWELRYIN (Defendant No. 201 on Schedule A to the Complaint);

dunescollective (Defendant No. 203 on Schedule A to the Complaint);

DVApparelCo (Defendant No. 205 on Schedule A to the Complaint);

Dynsti (Defendant No. 206 on Schedule A to the Complaint);

DYTartdesignStore (Defendant No. 207 on Schedule A to the Complaint);

Eastwayp (Defendant No. 208 on Schedule A to the Complaint);

EcoArtUnitedKingdom (Defendant No. 209 on Schedule A to the Complaint);

efolki (Defendant No. 211 on Schedule A to the Complaint);

EKDIGITIZING (Defendant No. 212 on Schedule A to the Complaint);

EkokooShop (Defendant No. 213 on Schedule A to the Complaint);

ElemenoArtDesign (Defendant No. 215 on Schedule A to the Complaint);

EliorCreationStore (Defendant No. 216 on Schedule A to the Complaint);

Elligan1 (Defendant No. 217 on Schedule A to the Complaint);

EllisAndPip (Defendant No. 218 on Schedule A to the Complaint);

ElmaCreativeStudio (Defendant No. 219 on Schedule A to the Complaint);

Embrocraft (Defendant No. 220 on Schedule A to the Complaint);

EmbroideryDesignsByM (Defendant No. 221 on Schedule A to the Complaint);

EmiDesignsRugs (Defendant No. 222 on Schedule A to the Complaint);

EmilieFloraShop (Defendant No. 223 on Schedule A to the Complaint);

EndressClothing (Defendant No. 224 on Schedule A to the Complaint);

EnicoRugs (Defendant No. 225 on Schedule A to the Complaint);

Enterdaw (Defendant No. 226 on Schedule A to the Complaint);

ErietyJewels (Defendant No. 228 on Schedule A to the Complaint);

ETSYDIGITALETSY (Defendant No. 229 on Schedule A to the Complaint);

eunoiaconcept (Defendant No. 230 on Schedule A to the Complaint);

EuphonyJewelry (Defendant No. 231 on Schedule A to the Complaint);

eVEUnitedKingdom (Defendant No. 232 on Schedule A to the Complaint);

EvokeSVG (Defendant No. 234 on Schedule A to the Complaint);

ExoticandmagicalShop (Defendant No. 235 on Schedule A to the Complaint);

eyeillustrations (Defendant No. 237 on Schedule A to the Complaint);

FaissalThomas (Defendant No. 238 on Schedule A to the Complaint);

FHDesignss (Defendant No. 240 on Schedule A to the Complaint);

fiksjewels (Defendant No. 241 on Schedule A to the Complaint);

finestimaginary (Defendant No. 243 on Schedule A to the Complaint);

FirstChoiceRug (Defendant No. 244 on Schedule A to the Complaint);

FlatSvg (Defendant No. 245 on Schedule A to the Complaint);

FloroMondo (Defendant No. 246 on Schedule A to the Complaint);

ForeBoutiqueSupply (Defendant No. 247 on Schedule A to the Complaint);

FoxyDesignStoreNL (Defendant No. 248 on Schedule A to the Complaint);

FunPlusUK (Defendant No. 249 on Schedule A to the Complaint);

FunSVGCreations (Defendant No. 250 on Schedule A to the Complaint);

galeriebouquet (Defendant No. 252 on Schedule A to the Complaint);

GalerinaShop (Defendant No. 253 on Schedule A to the Complaint);

GCGEMSANDJEWELRY (Defendant No. 254 on Schedule A to the Complaint);

GenesisDotSVG (Defendant No. 256 on Schedule A to the Complaint);

GetItAllBoutique (Defendant No. 257 on Schedule A to the Complaint);

GiftForAllTR (Defendant No. 258 on Schedule A to the Complaint);

GiftLovelyHouse (Defendant No. 259 on Schedule A to the Complaint);

GiftsbyAkoma (Defendant No. 260 on Schedule A to the Complaint);

GloveHongKong (Defendant No. 262 on Schedule A to the Complaint);

GoodVibesOnlyClub (Defendant No. 265 on Schedule A to the Complaint);

GorginaDesign (Defendant No. 267 on Schedule A to the Complaint);

GraceyHeartsSvg (Defendant No. 268 on Schedule A to the Complaint);

GraphicsByRobert (Defendant No. 269 on Schedule A to the Complaint);

GraphicsMadeSimpler (Defendant No. 270 on Schedule A to the Complaint);

GraphixBazaar (Defendant No. 271 on Schedule A to the Complaint);

Gwynfor (Defendant No. 273 on Schedule A to the Complaint);

HaileysDE (Defendant No. 274 on Schedule A to the Complaint);

HALFTONESTH (Defendant No. 275 on Schedule A to the Complaint);

handimadeonline (Defendant No. 276 on Schedule A to the Complaint);

HannalisaStudio (Defendant No. 277 on Schedule A to the Complaint);

HappySDShop (Defendant No. 278 on Schedule A to the Complaint);

HappySublimationss (Defendant No. 279 on Schedule A to the Complaint);

HeatherandBumble (Defendant No. 280 on Schedule A to the Complaint);

HelloStyleCrafts (Defendant No. 281 on Schedule A to the Complaint);

HeritageArtPrintsCo (Defendant No. 283 on Schedule A to the Complaint);

hestiasilverstore (Defendant No. 284 on Schedule A to the Complaint);

HEYTIME (Defendant No. 285 on Schedule A to the Complaint);

HIBSEAJEWELS (Defendant No. 286 on Schedule A to the Complaint);

HomelyArtsByDeepti (Defendant No. 288 on Schedule A to the Complaint);

HoneyArtandNature (Defendant No. 289 on Schedule A to the Complaint);

honeyflakesdesign (Defendant No. 290 on Schedule A to the Complaint);

HoneyHomewareStore (Defendant No. 291 on Schedule A to the Complaint);

HongSupplies (Defendant No. 292 on Schedule A to the Complaint);

HoodieAdventure (Defendant No. 293 on Schedule A to the Complaint);

HopcoverShop (Defendant No. 294 on Schedule A to the Complaint);

HouseOfTootSweet (Defendant No. 295 on Schedule A to the Complaint);

Howealthjewelry (Defendant No. 296 on Schedule A to the Complaint);

HughSmithDesign (Defendant No. 297 on Schedule A to the Complaint);

IdealFashionStore (Defendant No. 298 on Schedule A to the Complaint);

Ifashionedthis (Defendant No. 299 on Schedule A to the Complaint);

IikoCreativeArt (Defendant No. 300 on Schedule A to the Complaint);

ILoveMyEarrings (Defendant No. 301 on Schedule A to the Complaint);

INDUartprints (Defendant No. 302 on Schedule A to the Complaint);

InfluBijouxSH (Defendant No. 303 on Schedule A to the Complaint);

InxyPrint (Defendant No. 305 on Schedule A to the Complaint);

iProcreate (Defendant No. 306 on Schedule A to the Complaint);

IsmedesignCo (Defendant No. 307 on Schedule A to the Complaint);

IsoleDesignShop (Defendant No. 308 on Schedule A to the Complaint);

ITsSVG (Defendant No. 309 on Schedule A to the Complaint);

JackMing2011 (Defendant No. 310 on Schedule A to the Complaint);

Jackster14 (Defendant No. 311 on Schedule A to the Complaint);

JadeCreativeArt (Defendant No. 312 on Schedule A to the Complaint);

jaipurwholesale (Defendant No. 313 on Schedule A to the Complaint);

JaneJoArt (Defendant No. 315 on Schedule A to the Complaint);

JennyLDesignsShop (Defendant No. 316 on Schedule A to the Complaint);

jewelcabin (Defendant No. 317 on Schedule A to the Complaint);

Jewelrydhani (Defendant No. 318 on Schedule A to the Complaint);

JewelryParadiseEN (Defendant No. 319 on Schedule A to the Complaint);

JewelryWonderlandDE (Defendant No. 320 on Schedule A to the Complaint);

JewelsForRebelsss (Defendant No. 321 on Schedule A to the Complaint);

Joincrystal (Defendant No. 322 on Schedule A to the Complaint);

JollyCases (Defendant No. 323 on Schedule A to the Complaint);

JoyousEmbroidery (Defendant No. 325 on Schedule A to the Complaint);

JustKrisDesigns (Defendant No. 330 on Schedule A to the Complaint);

KaiaosieaiVosoao (Defendant No. 331 on Schedule A to the Complaint);

Kasimhomeliving (Defendant No. 333 on Schedule A to the Complaint);

KathasAtelier (Defendant No. 334 on Schedule A to the Complaint);

KatsJewellery1 (Defendant No. 335 on Schedule A to the Complaint);

KawaiiSweetHouse (Defendant No. 336 on Schedule A to the Complaint);

KayleeGiftsStudio (Defendant No. 337 on Schedule A to the Complaint);

KCandleandCo (Defendant No. 338 on Schedule A to the Complaint);

Kerzenelfe (Defendant No. 339 on Schedule A to the Complaint);

KibikiDesign (Defendant No. 340 on Schedule A to the Complaint);

Kikibellakids (Defendant No. 341 on Schedule A to the Complaint);

KILLERCUTECOUTURE (Defendant No. 342 on Schedule A to the Complaint);

kiwiNtoucan (Defendant No. 345 on Schedule A to the Complaint);

KNIT4PEACEDesigns (Defendant No. 346 on Schedule A to the Complaint);

KokiuJewelry (Defendant No. 347 on Schedule A to the Complaint);

KonfettiRacker (Defendant No. 348 on Schedule A to the Complaint);

kshfarts (Defendant No. 351 on Schedule A to the Complaint);

KYLOStudio (Defendant No. 352 on Schedule A to the Complaint);

KYOUSTUFF (Defendant No. 353 on Schedule A to the Complaint);

LabelledByLisa (Defendant No. 354 on Schedule A to the Complaint);

Laceshine (Defendant No. 355 on Schedule A to the Complaint);

LadyCraftCreatives (Defendant No. 356 on Schedule A to the Complaint);

LaLisette (Defendant No. 358 on Schedule A to the Complaint);

LanaMaesDesign (Defendant No. 359 on Schedule A to the Complaint);

LaRucheShop (Defendant No. 360 on Schedule A to the Complaint);

LaserDoodleuk (Defendant No. 361 on Schedule A to the Complaint);

LatestVintages (Defendant No. 362 on Schedule A to the Complaint);

LeAndLune (Defendant No. 365 on Schedule A to the Complaint);

LEDNeonSignsbyStu (Defendant No. 366 on Schedule A to the Complaint);

LegendaryImpressions (Defendant No. 367 on Schedule A to the Complaint);

LeilaEmbroidery (Defendant No. 368 on Schedule A to the Complaint);

LeLoveDigitalDesigns (Defendant No. 370 on Schedule A to the Complaint);

LennyMotley (Defendant No. 371 on Schedule A to the Complaint);

leophiaessentials (Defendant No. 372 on Schedule A to the Complaint);

LiezaJewelry (Defendant No. 374 on Schedule A to the Complaint);

LifesTreatsByJulie (Defendant No. 375 on Schedule A to the Complaint);

LikristinaDesigns (Defendant No. 376 on Schedule A to the Complaint);

liliasjewelleryxo (Defendant No. 377 on Schedule A to the Complaint);

LilyShaaHandmade (Defendant No. 379 on Schedule A to the Complaint);

LineArtSisters (Defendant No. 380 on Schedule A to the Complaint);

LiquidSVG (Defendant No. 381 on Schedule A to the Complaint);

LIRIOBLANCOart (Defendant No. 382 on Schedule A to the Complaint);

LittleGemsResinCo (Defendant No. 384 on Schedule A to the Complaint);

littletattoos (Defendant No. 386 on Schedule A to the Complaint);

LiustoreDesign (Defendant No. 387 on Schedule A to the Complaint);

Loemacrochet (Defendant No. 390 on Schedule A to the Complaint);

LOhanaPrints (Defendant No. 391 on Schedule A to the Complaint);

loisirsetpassion (Defendant No. 392 on Schedule A to the Complaint);

LokisCraftyCorner (Defendant No. 393 on Schedule A to the Complaint);

LooksPrintables (Defendant No. 394 on Schedule A to the Complaint);

lotfisvg (Defendant No. 395 on Schedule A to the Complaint);

LottaMae (Defendant No. 396 on Schedule A to the Complaint);

LottieandLysh (Defendant No. 397 on Schedule A to the Complaint);

LoveulotsGifts (Defendant No. 398 on Schedule A to the Complaint);

lucestella (Defendant No. 399 on Schedule A to the Complaint);

lucluck (Defendant No. 400 on Schedule A to the Complaint);

LuminousPretties (Defendant No. 402 on Schedule A to the Complaint);

LunaArtDesignShop (Defendant No. 403 on Schedule A to the Complaint);

LuneClub (Defendant No. 404 on Schedule A to the Complaint);

Luniversdebetty (Defendant No. 405 on Schedule A to the Complaint);

LuxuryCarpetModels (Defendant No. 406 on Schedule A to the Complaint);

LyliCraft (Defendant No. 407 on Schedule A to the Complaint);

LZapron (Defendant No. 408 on Schedule A to the Complaint);

MAAVIBoutique (Defendant No. 409 on Schedule A to the Complaint);

madebyshan7 (Defendant No. 410 on Schedule A to the Complaint);

MaditaSchmuck (Defendant No. 412 on Schedule A to the Complaint);

MagicaStore (Defendant No. 414 on Schedule A to the Complaint);

MakeColourCut (Defendant No. 416 on Schedule A to the Complaint);

MakeItAmazingg (Defendant No. 417 on Schedule A to the Complaint);

MaliaJewelryDE (Defendant No. 418 on Schedule A to the Complaint);

MardeMinimalist (Defendant No. 420 on Schedule A to the Complaint);

MartaPrintShop (Defendant No. 421 on Schedule A to the Complaint);

marystorearts (Defendant No. 422 on Schedule A to the Complaint);

MASKAknit (Defendant No. 423 on Schedule A to the Complaint);

MatchiDesigns (Defendant No. 424 on Schedule A to the Complaint);

MattiuzJewelry (Defendant No. 425 on Schedule A to the Complaint);

Mayndesignco (Defendant No. 427 on Schedule A to the Complaint);

megasjewellery (Defendant No. 429 on Schedule A to the Complaint);

MeGente (Defendant No. 430 on Schedule A to the Complaint);

megmakesclay (Defendant No. 431 on Schedule A to the Complaint);

Mersius (Defendant No. 432 on Schedule A to the Complaint);

MidmagArt (Defendant No. 434 on Schedule A to the Complaint);

MightyPiggyCreative (Defendant No. 435 on Schedule A to the Complaint);

MimCandles (Defendant No. 436 on Schedule A to the Complaint);

MimosArtUK (Defendant No. 437 on Schedule A to the Complaint);

MimounArt (Defendant No. 438 on Schedule A to the Complaint);

MinaEmbroidery (Defendant No. 439 on Schedule A to the Complaint);

MinstrelPattern (Defendant No. 441 on Schedule A to the Complaint);

MiracleNow (Defendant No. 442 on Schedule A to the Complaint);

MissLemoni (Defendant No. 443 on Schedule A to the Complaint);

MoonFoxSVG (Defendant No. 447 on Schedule A to the Complaint);

MoonSVGDesigns (Defendant No. 449 on Schedule A to the Complaint);

MotherAndSunStudioUK (Defendant No. 451 on Schedule A to the Complaint);

MrAbdul (Defendant No. 452 on Schedule A to the Complaint);

mrngr (Defendant No. 453 on Schedule A to the Complaint);

MummyThyme (Defendant No. 455 on Schedule A to the Complaint);

MurisAndAJ (Defendant No. 456 on Schedule A to the Complaint);

MyCraftGalaxy (Defendant No. 457 on Schedule A to the Complaint);

MyDearDIY (Defendant No. 458 on Schedule A to the Complaint);

MyDigitalStickers (Defendant No. 460 on Schedule A to the Complaint);

mydreampattern (Defendant No. 461 on Schedule A to the Complaint);

myN1KHOME (Defendant No. 463 on Schedule A to the Complaint);

MyPrintedCelebration (Defendant No. 464 on Schedule A to the Complaint);

16

MysticPioneer (Defendant No. 465 on Schedule A to the Complaint);

MystikalTrendz (Defendant No. 466 on Schedule A to the Complaint);

NailsByLvsLoves (Defendant No. 469 on Schedule A to the Complaint);

nailsmomo (Defendant No. 470 on Schedule A to the Complaint);

nandtdigitals (Defendant No. 472 on Schedule A to the Complaint);

NationsEmbroidery (Defendant No. 473 on Schedule A to the Complaint);

NeatJewelleryDesigns (Defendant No. 474 on Schedule A to the Complaint);

NELYMSTORE (Defendant No. 475 on Schedule A to the Complaint);

NeonDreamUK (Defendant No. 476 on Schedule A to the Complaint);

neonmarsuk (Defendant No. 477 on Schedule A to the Complaint);

NEONTHREADSGB (Defendant No. 478 on Schedule A to the Complaint);

nesstudio (Defendant No. 479 on Schedule A to the Complaint);

NinePrint (Defendant No. 482 on Schedule A to the Complaint);

NirvanaJewellery (Defendant No. 483 on Schedule A to the Complaint);

Noaandrain (Defendant No. 484 on Schedule A to the Complaint);

noheajewellery (Defendant No. 485 on Schedule A to the Complaint);

NomadicDigitalStudio (Defendant No. 486 on Schedule A to the Complaint);

NooeBerlin (Defendant No. 487 on Schedule A to the Complaint);

NordicJunk (Defendant No. 488 on Schedule A to the Complaint);

NorrrTrt (Defendant No. 489 on Schedule A to the Complaint);

NorthernlightsLT (Defendant No. 490 on Schedule A to the Complaint);

NuNeiJewelry (Defendant No. 491 on Schedule A to the Complaint);

NYBeadsjewelry (Defendant No. 492 on Schedule A to the Complaint);

ohhheylovely (Defendant No. 493 on Schedule A to the Complaint);

OleanderSpider (Defendant No. 495 on Schedule A to the Complaint);

OleeBoutique (Defendant No. 496 on Schedule A to the Complaint);

OMENMEDIA (Defendant No. 497 on Schedule A to the Complaint);

onmydigital (Defendant No. 499 on Schedule A to the Complaint);

OnsevaFineJewelry (Defendant No. 500 on Schedule A to the Complaint);

OOPSDesignsShop (Defendant No. 501 on Schedule A to the Complaint);

OpalKobus (Defendant No. 502 on Schedule A to the Complaint);

OurCraftingWorld (Defendant No. 504 on Schedule A to the Complaint);

OzrDigitalDesign (Defendant No. 505 on Schedule A to the Complaint);

PaintingforfunGoods (Defendant No. 506 on Schedule A to the Complaint);

PapeOfSorts (Defendant No. 508 on Schedule A to the Complaint);

PaperArtGoddess (Defendant No. 509 on Schedule A to the Complaint);

ParsleyshopDesigns (Defendant No. 511 on Schedule A to the Complaint);

PattiHCrafts (Defendant No. 513 on Schedule A to the Complaint);

PeachCafeDesigns (Defendant No. 514 on Schedule A to the Complaint);

pearlmemore (Defendant No. 517 on Schedule A to the Complaint);

PenguinCreationSVG (Defendant No. 518 on Schedule A to the Complaint);

PennyandPeonyStudio (Defendant No. 520 on Schedule A to the Complaint);

PERFECTLYBLUNT (Defendant No. 521 on Schedule A to the Complaint);

PerficientLoving (Defendant No. 522 on Schedule A to the Complaint);

perlendaisy (Defendant No. 523 on Schedule A to the Complaint);

PictionaryDesigns (Defendant No. 524 on Schedule A to the Complaint);

PineXVine (Defendant No. 525 on Schedule A to the Complaint);

PINKESplanner (Defendant No. 526 on Schedule A to the Complaint);

PinkGiraffePrintCo (Defendant No. 527 on Schedule A to the Complaint);

PinkMoonArtx (Defendant No. 528 on Schedule A to the Complaint);

PinkoArts (Defendant No. 529 on Schedule A to the Complaint);

PinkyPonyCrafts (Defendant No. 532 on Schedule A to the Complaint);

PipioStore (Defendant No. 533 on Schedule A to the Complaint);

PlanetPeppermint (Defendant No. 534 on Schedule A to the Complaint);

PlatypusUK (Defendant No. 535 on Schedule A to the Complaint);

PleasuresexEmporium (Defendant No. 536 on Schedule A to the Complaint);

PluffyCo (Defendant No. 537 on Schedule A to the Complaint);

PlushBagSpecialists (Defendant No. 538 on Schedule A to the Complaint);

PodaAtelier (Defendant No. 540 on Schedule A to the Complaint);

PolarChains (Defendant No. 541 on Schedule A to the Complaint);

PopularCarpetStore (Defendant No. 542 on Schedule A to the Complaint);

PorcumineStore (Defendant No. 543 on Schedule A to the Complaint);

PosterandHouse (Defendant No. 544 on Schedule A to the Complaint);

PressOnStudioAU (Defendant No. 547 on Schedule A to the Complaint);

Prettyhousegraphics (Defendant No. 548 on Schedule A to the Complaint);

PrintablesOnPaper (Defendant No. 549 on Schedule A to the Complaint);

PrintBoutique4U (Defendant No. 550 on Schedule A to the Complaint);

PrintedWeird (Defendant No. 551 on Schedule A to the Complaint);

PrintThisOutShop (Defendant No. 554 on Schedule A to the Complaint);

PrntdrtShop (Defendant No. 555 on Schedule A to the Complaint);

ProjectArtX (Defendant No. 556 on Schedule A to the Complaint);

ProjectClubWear (Defendant No. 557 on Schedule A to the Complaint);

ProVector (Defendant No. 558 on Schedule A to the Complaint);

PsVintageStore (Defendant No. 559 on Schedule A to the Complaint);

PuccaJewel (Defendant No. 560 on Schedule A to the Complaint);

PuroPuro (Defendant No. 562 on Schedule A to the Complaint);

PuzzleGiftStore (Defendant No. 563 on Schedule A to the Complaint);

QianCraftKit (Defendant No. 564 on Schedule A to the Complaint);

QueeenArt (Defendant No. 565 on Schedule A to the Complaint);

racheljadesoulart (Defendant No. 566 on Schedule A to the Complaint);

RainbowBoutiqueNL (Defendant No. 567 on Schedule A to the Complaint);

RaxaDesign (Defendant No. 571 on Schedule A to the Complaint);

RaysRagsShop (Defendant No. 572 on Schedule A to the Complaint);

Recipesvg (Defendant No. 573 on Schedule A to the Complaint);

RedbeeDesignStudio (Defendant No. 574 on Schedule A to the Complaint);

RetroishDesigns (Defendant No. 578 on Schedule A to the Complaint);

rileyBsvgs (Defendant No. 581 on Schedule A to the Complaint);

RKArtPrints (Defendant No. 582 on Schedule A to the Complaint);

rodasstudio (Defendant No. 583 on Schedule A to the Complaint);

Rosdingstrapro (Defendant No. 584 on Schedule A to the Complaint);

RoseandJack (Defendant No. 585 on Schedule A to the Complaint);

RostoumArt (Defendant No. 586 on Schedule A to the Complaint);

Rugs4u (Defendant No. 587 on Schedule A to the Complaint);

SaezCustomJewelry (Defendant No. 588 on Schedule A to the Complaint);

SanAnreFantasyShop (Defendant No. 589 on Schedule A to the Complaint);

Sarvalleo (Defendant No. 591 on Schedule A to the Complaint);

Savashopstore (Defendant No. 592 on Schedule A to the Complaint);

Schmuckwiese (Defendant No. 593 on Schedule A to the Complaint);

SEEifUlikEiT (Defendant No. 595 on Schedule A to the Complaint);

SemiShopArt (Defendant No. 596 on Schedule A to the Complaint);

Sencestudio (Defendant No. 597 on Schedule A to the Complaint);

SeniordigitalCo (Defendant No. 598 on Schedule A to the Complaint);

SerenaShopGoods (Defendant No. 599 on Schedule A to the Complaint);

SereneowlShop (Defendant No. 600 on Schedule A to the Complaint);

SEVENTYSEVENJEWELRY (Defendant No. 601 on Schedule A to the Complaint);

ShapedStuff (Defendant No. 603 on Schedule A to the Complaint);

shjog (Defendant No. 605 on Schedule A to the Complaint);

ShmartStore (Defendant No. 606 on Schedule A to the Complaint);

ShopACQ (Defendant No. 607 on Schedule A to the Complaint);

shopfatkat (Defendant No. 608 on Schedule A to the Complaint);

shopives (Defendant No. 609 on Schedule A to the Complaint);

shopMissEMi (Defendant No. 610 on Schedule A to the Complaint);

ShopperCraftsStore (Defendant No. 612 on Schedule A to the Complaint);

ShowcaseByNoor (Defendant No. 613 on Schedule A to the Complaint);

SierraJewelleryGifts (Defendant No. 615 on Schedule A to the Complaint);

Silberxjuwel (Defendant No. 616 on Schedule A to the Complaint);

SillyShinyDiamonds (Defendant No. 617 on Schedule A to the Complaint);

Silverjewelryelves (Defendant No. 618 on Schedule A to the Complaint);

Silverpub (Defendant No. 619 on Schedule A to the Complaint);

SimoniqueBoutique (Defendant No. 620 on Schedule A to the Complaint);

SisterDesignStore (Defendant No. 621 on Schedule A to the Complaint);

sixsunflowersdesign (Defendant No. 622 on Schedule A to the Complaint);

SJewelsWorldwide (Defendant No. 623 on Schedule A to the Complaint);

skyartsales (Defendant No. 625 on Schedule A to the Complaint);

Sleepingmat (Defendant No. 626 on Schedule A to the Complaint);

SofestoreShop (Defendant No. 631 on Schedule A to the Complaint);

SolidMateCovers (Defendant No. 634 on Schedule A to the Complaint);

SparkleCraftsJewelry (Defendant No. 637 on Schedule A to the Complaint);

SparklesbySaara (Defendant No. 638 on Schedule A to the Complaint);

SparklyDigitalStudio (Defendant No. 639 on Schedule A to the Complaint);

SpottedMooDigitizing (Defendant No. 641 on Schedule A to the Complaint);

ssdesigned (Defendant No. 642 on Schedule A to the Complaint);

StitchCrazePatterns (Defendant No. 644 on Schedule A to the Complaint);

StitchKing1 (Defendant No. 645 on Schedule A to the Complaint);

StormBrainArt (Defendant No. 647 on Schedule A to the Complaint);

StormCreationss (Defendant No. 648 on Schedule A to the Complaint);

Storytellingproducts (Defendant No. 649 on Schedule A to the Complaint);

StreetArtRug (Defendant No. 650 on Schedule A to the Complaint);

Studio72official (Defendant No. 652 on Schedule A to the Complaint);

StudioHorizon (Defendant No. 654 on Schedule A to the Complaint);

StudioS925Silver (Defendant No. 655 on Schedule A to the Complaint);

StyleandGlamour786 (Defendant No. 656 on Schedule A to the Complaint);

SubhRC (Defendant No. 657 on Schedule A to the Complaint);

SugarCandyStudio (Defendant No. 663 on Schedule A to the Complaint);

sunandmoonbrandCo (Defendant No. 665 on Schedule A to the Complaint);

SunRiseDigitalMarket (Defendant No. 667 on Schedule A to the Complaint);

SuperdesignLT (Defendant No. 668 on Schedule A to the Complaint);

SUPPLY129 (Defendant No. 669 on Schedule A to the Complaint);

SVGandArt (Defendant No. 670 on Schedule A to the Complaint);

SvgbyEnouilleDesign (Defendant No. 671 on Schedule A to the Complaint);

SvgDesignsCentrum (Defendant No. 675 on Schedule A to the Complaint);

SVGFoxy (Defendant No. 676 on Schedule A to the Complaint);

SVGPouch (Defendant No. 678 on Schedule A to the Complaint);

SVGvillageArt (Defendant No. 681 on Schedule A to the Complaint);

Svuzy (Defendant No. 682 on Schedule A to the Complaint);

SwallowbirdArt (Defendant No. 683 on Schedule A to the Complaint);

sweetgrenadine (Defendant No. 684 on Schedule A to the Complaint);

TanForestDesigns (Defendant No. 685 on Schedule A to the Complaint);

Tasire (Defendant No. 686 on Schedule A to the Complaint);

Tattoorary (Defendant No. 688 on Schedule A to the Complaint);

TeachWithMissT (Defendant No. 689 on Schedule A to the Complaint);

TheAlphabetGiftShop (Defendant No. 691 on Schedule A to the Complaint);

TheArtisanJewellers (Defendant No. 692 on Schedule A to the Complaint);

TheCardEdit (Defendant No. 694 on Schedule A to the Complaint);

TheCrowPaper (Defendant No. 697 on Schedule A to the Complaint);

TheExpressHatCompany (Defendant No. 699 on Schedule A to the Complaint);

TheHappyShopDesigns (Defendant No. 701 on Schedule A to the Complaint);

TheJoyfulMoose (Defendant No. 702 on Schedule A to the Complaint);

TheLittleEarthComber (Defendant No. 703 on Schedule A to the Complaint);

TheMysteriousStoreFR (Defendant No. 704 on Schedule A to the Complaint);

THEQUICKBAG (Defendant No. 705 on Schedule A to the Complaint);

TherugstudioStore (Defendant No. 706 on Schedule A to the Complaint);

TheShoeFinder (Defendant No. 707 on Schedule A to the Complaint);

TheSmileShoppeco (Defendant No. 708 on Schedule A to the Complaint);

thSVGpage (Defendant No. 710 on Schedule A to the Complaint);

TimWebermann (Defendant No. 711 on Schedule A to the Complaint);

TintsofJune (Defendant No. 712 on Schedule A to the Complaint);

tinyheartsclubstudio (Defendant No. 713 on Schedule A to the Complaint);

tinythings90 (Defendant No. 714 on Schedule A to the Complaint);

TodayDo (Defendant No. 715 on Schedule A to the Complaint);

top2024 (Defendant No. 716 on Schedule A to the Complaint);

TotezEst (Defendant No. 718 on Schedule A to the Complaint);

ToucheSupreme (Defendant No. 719 on Schedule A to the Complaint);

TrendlineStore (Defendant No. 720 on Schedule A to the Complaint);

trendyzilla (Defendant No. 723 on Schedule A to the Complaint);

Trenzkey (Defendant No. 724 on Schedule A to the Complaint);

TricapStore (Defendant No. 725 on Schedule A to the Complaint);

TriobloidJewellery (Defendant No. 726 on Schedule A to the Complaint);

TrulySVG (Defendant No. 727 on Schedule A to the Complaint);

TRUTHkeep (Defendant No. 728 on Schedule A to the Complaint);

TuftDaddy (Defendant No. 729 on Schedule A to the Complaint);

TuftyRugz (Defendant No. 730 on Schedule A to the Complaint);

TwoBirdsNorfolk (Defendant No. 732 on Schedule A to the Complaint);

ULUcreaciones (Defendant No. 735 on Schedule A to the Complaint);

uniquebeadsCM (Defendant No. 736 on Schedule A to the Complaint);

UrbanWearAU (Defendant No. 737 on Schedule A to the Complaint);

Vannarithlighting (Defendant No. 738 on Schedule A to the Complaint);

VaporwaresShop (Defendant No. 739 on Schedule A to the Complaint);

Vectorality (Defendant No. 740 on Schedule A to the Complaint);

VectorAnaArt (Defendant No. 741 on Schedule A to the Complaint);

VectorCave (Defendant No. 742 on Schedule A to the Complaint);

VintageBeardedLady (Defendant No. 745 on Schedule A to the Complaint);

VioletStudioDesignCo (Defendant No. 746 on Schedule A to the Complaint);

VisionGalaxy (Defendant No. 747 on Schedule A to the Complaint);

Vltana (Defendant No. 748 on Schedule A to the Complaint);

WaiHat (Defendant No. 749 on Schedule A to the Complaint);

WasyDesign (Defendant No. 750 on Schedule A to the Complaint);

Weardies (Defendant No. 751 on Schedule A to the Complaint);

WeaveyStudioCo (Defendant No. 753 on Schedule A to the Complaint);

WeebySpace (Defendant No. 754 on Schedule A to the Complaint);

Weirdwizards (Defendant No. 755 on Schedule A to the Complaint);

whiteandjames (Defendant No. 758 on Schedule A to the Complaint);

WisteriaLondon (Defendant No. 759 on Schedule A to the Complaint);

WondetHomeDecor (Defendant No. 761 on Schedule A to the Complaint);

Woodterra (Defendant No. 762 on Schedule A to the Complaint);

WorldwideOneStopShop (Defendant No. 764 on Schedule A to the Complaint);

WorthBuyShop (Defendant No. 765 on Schedule A to the Complaint);

yarnunderr (Defendant No. 766 on Schedule A to the Complaint);

Yaromaks (Defendant No. 767 on Schedule A to the Complaint);

YASDesignerGB (Defendant No. 768 on Schedule A to the Complaint);

YINGMENGHandmade (Defendant No. 769 on Schedule A to the Complaint);

YOHUGA (Defendant No. 770 on Schedule A to the Complaint);

YourGreekEye (Defendant No. 771 on Schedule A to the Complaint);

YourWeardies (Defendant No. 772 on Schedule A to the Complaint);

YSLQ (Defendant No. 773 on Schedule A to the Complaint);

Yukihandmadejewelry (Defendant No. 774 on Schedule A to the Complaint);

ZabethHays (Defendant No. 775 on Schedule A to the Complaint);

ZevahirKnit (Defendant No. 776 on Schedule A to the Complaint);

ziziatu (Defendant No. 777 on Schedule A to the Complaint);

ZOStudioCrafts (Defendant No. 779 on Schedule A to the Complaint);

zyzjewelry (Defendant No. 780 on Schedule A to the Complaint).

Date:   August 16, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*