UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22376-CV-WILLIAMS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Unseal (DE 29) ("*Motion*"). Plaintiff requests that all documents filed with the Court that have been restricted from the Court docket be unsealed because a seal on this matter is no longer required. (*Id.* at 2.)

Upon review of the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion (DE 29) is **GRANTED**. The Clerk of Court is directed to **UNSEAL** the restricted/sealed portions of the docket in this matter and return those portions of the Court file to the public records.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>17th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE