UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
| --- | --- |
| 1 | 0511SUPPLY |
| 2 | 11FeathersJewellery |
| 3 | 14kgfcom |
| 4 | 2882Digital |
| 5 | 3dmonoprint |
| 6 | 3PiggiesDesigners |
| 7 | 3SISART |
| 8 | 5kittensdigital |
| 9 | Aaronstudiographics |
| 10 | AfroditTaki |
| 11 | AIDigitalStore |
| 12 | AleyKiAccessories |
| 13 | Alistajewels |
| 14 | alittleKLC |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 15 | AllegoGold |
| 16 | AllegroDigitalPrints |
| 17 | AllofTaken |
| 18 | allthingsapplique |
| 19 | AlwaysBlanks |
| 20 | AlyonesSVG |
| 21 | AlyssaVanderPloeg |
| 22 | AmazingCuttables |
| 23 | Angieonthewall |
| 24 | annabadenberg |
| 25 | ApfelblueteShopDE |
| 26 | ArleneDesignStudio |
| 27 | ArtandCraftsJewelry |
| 28 | ArtAndPrintShop |
| 29 | artbysugu |
| 30 | ArtDesignGraphicShop |
| 31 | ArtGalleryZen |
| 32 | ArtInDesignShop |
| 33 | Artintuitive |
| 34 | artisanannieshop |
| 35 | ArtisanSocietyStore |
| 36 | ArtisticLodge |
| 37 | ArtisticPrintGalore |
| 38 | ArtiStock |
| 39 | ArtistsloftAU |
| 40 | ArtMayaShop |
| 41 | ArtsalesDesigns |
| 42 | ArubaJewellery |
| 43 | ArwenDigitalDesign |
| 44 | ASCJewellery |
| 45 | AshwallStore |
| 46 | askingfortrouble |
| 47 | AstronautEmuDesigns |
| 48 | AtaARTCo |
| 49 | atelierdepoulet |
| 50 | AtelierLarcher |
| 51 | ATOLYELA |
| 52 | AuroraGlint |
| 53 | AuroraLightDigitalCo |
| 54 | AVKREATION |

| Def. | Seller Name |
|---|---|
| 55 | AvocadoPieDesign |
| 56 | AzaleaParkGifts |
| 57 | B2SAS |
| 58 | BajiTemplateMaster |
| 59 | BasicjewelleryCo |
| 60 | BeadsFactor |
| 61 | beadsmaker |
| 62 | BeepStudio |
| 63 | BelindaFashion |
| 64 | BellaArtDigital |
| 65 | BellonaJewellery |
| 66 | BerShopMor |
| 67 | bethanyannewilliams |
| 68 | BetterMenUS |
| 69 | BigDreamsWallArt |
| 70 | BiggerThanPrintsShop |
| 71 | BigmamaDesignStudio |
| 72 | BizDesignCo |
| 73 | BlackSheepPrintsUK |
| 74 | Blacksparrowuk |
| 75 | BlueBasilBoutique |

Date:   August 18, 2023              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: Jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*