UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 76 | BluegrassBuys |
| 77 | BLUEJEANSANDIAMONDS |
| 78 | BluesBoutiqueDesign |
| 79 | BlushCases |
| 80 | BobbyTheGreek |
| 81 | BohemianHomee |
| 82 | BonnieandI |
| 83 | boobooskins |
| 84 | BossaJewels |
| 85 | BoThyme |
| 86 | BoutiqueGraceUS |
| 87 | BraddyDigitals |
| 88 | BrightStarKZ |
| 89 | BrittanyFrostDesigns |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 90 | BubbaCrochet |
| 91 | ButterStarDigital |
| 92 | byIndigoPrints |
| 93 | byJINNYS |
| 94 | ByMeToYouDesign |
| 95 | BySkagen |
| 96 | CareationDesigns |
| 97 | Case2amaze |
| 98 | CetinDesigns |
| 99 | ChampTrophiesAwards |
| 100 | ChaoswithKidsCo |
| 101 | CharmCraftStore |
| 102 | Charmjewelrygifts |
| 103 | CharmsAndKissesUK |
| 104 | Chdorsignpo |
| 105 | CherryArtDesgn |
| 106 | CheshiresChestUK |
| 107 | ChicSilverJewels |
| 108 | ChicSilverStories |
| 109 | Chilihonig |
| 110 | CirgitStudio |
| 111 | cizimindir |
| 112 | ClairesCreationUK |
| 113 | CleverDogDesigns |
| 114 | ClipHeartCreations |
| 115 | CloudNineCompanyUK |
| 116 | Cocodesignsupply |
| 117 | CocoValentin |
| 118 | CoffeeLover07 |
| 119 | CollarsbyPinky |
| 120 | ColorDigitalStudio |
| 121 | CoolThingsArtStore |
| 122 | couturecraftsUK |
| 123 | CozeezDesign |
| 124 | CozyHome4You |
| 125 | Craftedbymagical |
| 126 | CraftuniCutters |
| 127 | CraftyCutterSVG |
| 128 | Craftyopia |
| 129 | CrazyRugDesigns |

| Def. | Seller Name |
|------|-------------|
| 130 | CreativeArtPL |
| 131 | CreativeCalmDesign |
| 132 | CreativeHeartSpace |
| 133 | CreativeStudioDS |
| 134 | CreativeteedesignsCo |
| 135 | CreedRevival |
| 136 | CropThatOut |
| 137 | csjewelrysupplier |
| 138 | Cufflinkware |
| 139 | CustomDecorCarpet |
| 140 | CustomShopDesignsArt |
| 141 | CustomSignsByME |
| 142 | CutAboveRubies |
| 143 | CuteDigitalFactory |
| 144 | CyberChickShop |
| 145 | D5Stitchesllc |
| 146 | DAIXO |
| 147 | daldandala |
| 148 | dalycute |
| 149 | DanaDesignNook |
| 150 | Dare2imPress |

Date:   August 18, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*