UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 151 | DavinciPrintShop |
| 152 | DazzlingDesignzzz |
| 153 | DDMpartydesigns |
| 154 | DeeDeeCovers83 |
| 155 | DeKralenOutlet |
| 156 | DerAufbuegler |
| 157 | DesertDigiDesigns |
| 158 | DesignArtTogether |
| 159 | DesignBestShop |
| 160 | DesignbyMagnus |
| 161 | Designbymdahmad |
| 162 | DesignDistrictInc |
| 163 | DesigningInTheSouth |
| 164 | DesignInYourHeart |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 165 | DesignsbyHenrick |
| 166 | DesignsOnFirst |
| 167 | DesignSVGTumbler |
| 168 | DesignzBySerendipity |
| 169 | DEWYDesignsBuddy |
| 170 | Diamantdamour |
| 171 | DiamondDigitals22 |
| 172 | DiamondHeartNL |
| 173 | Diamondlandtr |
| 174 | DickieBirdDesigns |
| 175 | DigiCreator |
| 176 | Digilectable |
| 177 | DigiSouthern |
| 178 | DigitalArtHubAU |
| 179 | Digitalburcuarts |
| 180 | DigitalDisko |
| 181 | DigitalDownLowCo |
| 182 | DigitalforPrintShop |
| 183 | DigitalPixelstore |
| 184 | DigitalsByNiamh |
| 185 | DigitalStoreNmore |
| 186 | Digitedy |
| 187 | Dinonsense |
| 188 | DirectSolutionStudio |
| 189 | DivineInvitesCo |
| 190 | DivinJewelery |
| 191 | DMMMGifts |
| 192 | doityourselfdc |
| 193 | DollarMonograms |
| 194 | Dominiporke |
| 195 | DoubleKong |
| 196 | DoubleRDesignsStudio |
| 197 | DownloadPlayground |
| 198 | downloadSVGfiles |
| 199 | DragonSpiritPrint |
| 200 | DreamDigitalCo |
| 201 | DREAMJEWELRYIN |
| 202 | DreamPartyPrintables |
| 203 | dunescollective |
| 204 | DustyJewelz |

| Def. | Seller Name |
|---|---|
| 205 | DVApparelCo |
| 206 | Dynsti |
| 207 | DYTartdesignStore |
| 208 | Eastwayp |
| 209 | EcoArtUnitedKingdom |
| 210 | EdwardByConnally |
| 211 | efolki |
| 212 | EKDIGITIZING |
| 213 | EkokooShop |
| 214 | EleMeleKaramele |
| 215 | ElemenoArtDesign |
| 216 | EliorCreationStore |
| 217 | Elligan1 |
| 218 | EllisAndPip |
| 219 | ElmaCreativeStudio |
| 220 | Embrocraft |
| 221 | EmbroideryDesignsByM |
| 222 | EmiDesignsRugs |
| 223 | EmilieFloraShop |
| 224 | EndressClothing |
| 225 | EnicoRugs |

Date:   August 18, 2023                  Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*