UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 226 | Enterdaw |
| 227 | EntreteKids |
| 228 | ErietyJewels |
| 229 | ETSYDIGITALETSY |
| 230 | eunoiaconcept |
| 231 | EuphonyJewelry |
| 232 | eVEUnitedKingdom |
| 233 | EvilEyeJewelryGB |
| 234 | EvokeSVG |
| 235 | ExoticandmagicalShop |
| 236 | ExpertOutfit |
| 237 | eyeillustrations |
| 238 | FaissalThomas |
| 239 | FantasticGDArt |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 240 | FHDesignss |
| 241 | fiksjewels |
| 242 | FiligranUSA |
| 243 | finestimaginary |
| 244 | FirstChoiceRug |
| 245 | FlatSvg |
| 246 | FloroMondo |
| 247 | ForeBoutiqueSupply |
| 248 | FoxyDesignStoreNL |
| 249 | FunPlusUK |
| 250 | FunSVGCreations |
| 251 | FutureGraphics |
| 252 | galeriebouquet |
| 253 | GalerinaShop |
| 254 | GCGEMSANDJEWELRY |
| 255 | GemFormingStudio |
| 256 | GenesisDotSVG |
| 257 | GetItAllBoutique |
| 258 | GiftForAllTR |
| 259 | GiftLovelyHouse |
| 260 | GiftsbyAkoma |
| 261 | GirlyDogDesignsCo |
| 262 | GloveHongKong |
| 263 | GoldenHomeArt |
| 264 | GooberStudioPrints |
| 265 | GoodVibesOnlyClub |
| 266 | GoPosterStore |
| 267 | GorginaDesign |
| 268 | GraceyHeartsSvg |
| 269 | GraphicsByRobert |
| 270 | GraphicsMadeSimpler |
| 271 | GraphixBazaar |
| 272 | Groovydesignclub |
| 273 | Gwynfor |
| 274 | HaileysDE |
| 275 | HALFTONESTH |
| 276 | handimadeonline |
| 277 | HannalisaStudio |
| 278 | HappySDShop |
| 279 | HappySublimationss |

| Def. | Seller Name |
|---|---|
| 280 | HeatherandBumble |
| 281 | HelloStyleCrafts |
| 282 | HelmsteadMaker |
| 283 | HeritageArtPrintsCo |
| 284 | hestiasilverstore |
| 285 | HEYTIME |
| 286 | HIBSEAJEWELS |
| 287 | Hippydecorandmore |
| 288 | HomelyArtsByDeepti |
| 289 | HoneyArtandNature |
| 290 | honeyflakesdesign |
| 291 | HoneyHomewareStore |
| 292 | HongSupplies |
| 293 | HoodieAdventure |
| 294 | HopcoverShop |
| 295 | HouseOfTootSweet |
| 296 | Howealthjewelry |
| 297 | HughSmithDesign |
| 298 | IdealFashionStore |
| 299 | Ifashionedthis |
| 300 | IikoCreativeArt |

Date:   August 18, 2023              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*