UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 301 | ILoveMyEarrings |
| 302 | INDUartprints |
| 303 | InfluBijouxSH |
| 304 | INPAGE |
| 305 | InxyPrint |
| 306 | iProcreate |
| 307 | IsmedesignCo |
| 308 | IsoleDesignShop |
| 309 | ITsSVG |
| 310 | JackMing2011 |
| 311 | Jackster14 |
| 312 | JadeCreativeArt |
| 313 | jaipurwholesale |
| 314 | jammyweekend |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 315 | JaneJoArt |
| 316 | JennyLDesignsShop |
| 317 | jewelcabin |
| 318 | Jewelrydhani |
| 319 | JewelryParadiseEN |
| 320 | JewelryWonderlandDE |
| 321 | JewelsForRebelsss |
| 322 | Joincrystal |
| 323 | JollyCases |
| 324 | JourneySVGfile |
| 325 | JoyousEmbroidery |
| 326 | jozoor |
| 327 | JuleAndDesigns |
| 328 | justforkeeps |
| 329 | JustForYouByDoris |
| 330 | JustKrisDesigns |
| 331 | KaiaosieaiVosoao |
| 332 | kasdesignsco |
| 333 | Kasimhomeliving |
| 334 | KathasAtelier |
| 335 | KatsJewellery1 |
| 336 | KawaiiSweetHouse |
| 337 | KayleeGiftsStudio |
| 338 | KCandleandCo |
| 339 | Kerzenelfe |
| 340 | KibikiDesign |
| 341 | Kikibellakids |
| 342 | KILLERCUTECOUTURE |
| 343 | Kissrose |
| 344 | kitschpandastore |
| 345 | kiwiNtoucan |
| 346 | KNIT4PEACEDesigns |
| 347 | KokiuJewelry |
| 348 | KonfettiRacker |
| 349 | KowaliPrints |
| 350 | KreativMButterfly |
| 351 | kshfarts |
| 352 | KYLOStudio |
| 353 | KYOUSTUFF |
| 354 | LabelledByLisa |

| Def. | Seller Name |
|---|---|
| 355 | Laceshine |
| 356 | LadyCraftCreatives |
| 357 | Lakeandcoplanners |
| 358 | LaLisette |
| 359 | LanaMaesDesign |
| 360 | LaRucheShop |
| 361 | LaserDoodleuk |
| 362 | LatestVintages |
| 363 | leadershipa |
| 364 | LeAmeria |
| 365 | LeAndLune |
| 366 | LEDNeonSignsbyStu |
| 367 | LegendaryImpressions |
| 368 | LeilaEmbroidery |
| 369 | Lelesdesigns |
| 370 | LeLoveDigitalDesigns |
| 371 | LennyMotley |
| 372 | leophiaessentials |
| 373 | LeReineCo |
| 374 | LiezaJewelry |
| 375 | LifesTreatsByJulie |

Date:   August 18, 2023                          Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*