UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 376 | LikristinaDesigns |
| 377 | liliasjewelleryxo |
| 378 | LillysHandmades |
| 379 | LilyShaaHandmade |
| 380 | LineArtSisters |
| 381 | LiquidSVG |
| 382 | LIRIOBLANCOart |
| 383 | LitheRippleArt |
| 384 | LittleGemsResinCo |
| 385 | LittleGlintDesign |
| 386 | littletattoos |
| 387 | LiustoreDesign |
| 388 | LLPaperDesignStudio |
| 389 | LOCOMODIY |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 390 | Loemacrochet |
| 391 | LOhanaPrints |
| 392 | loisirsetpassion |
| 393 | LokisCraftyCorner |
| 394 | LooksPrintables |
| 395 | lotfisvg |
| 396 | LottaMae |
| 397 | LottieandLysh |
| 398 | LoveulotsGifts |
| 399 | lucestella |
| 400 | lucluck |
| 401 | LumenDigitalProducts |
| 402 | LuminousPretties |
| 403 | LunaArtDesignShop |
| 404 | LuneClub |
| 405 | Luniversdebetty |
| 406 | LuxuryCarpetModels |
| 407 | LyliCraft |
| 408 | LZapron |
| 409 | MAAVIBoutique |
| 410 | madebyshan7 |
| 411 | Madebytindra |
| 412 | MaditaSchmuck |
| 413 | MadJewelryCo |
| 414 | MagicaStore |
| 415 | maiyaancodesigns |
| 416 | MakeColourCut |
| 417 | MakeItAmazingg |
| 418 | MaliaJewelryDE |
| 419 | mandbShop |
| 420 | MardeMinimalist |
| 421 | MartaPrintShop |
| 422 | marystorearts |
| 423 | MASKAknit |
| 424 | MatchiDesigns |
| 425 | MattiuzJewelry |
| 426 | MaxWriz |
| 427 | Mayndesignco |
| 428 | MBautistadesignco |
| 429 | megasjewellery |

| Def. | Seller Name |
|---|---|
| 430 | MeGente |
| 431 | megmakesclay |
| 432 | Mersius |
| 433 | MiddleTNDesignCo |
| 434 | MidmagArt |
| 435 | MightyPiggyCreative |
| 436 | MimCandles |
| 437 | MimosArtUK |
| 438 | MimounArt |
| 439 | MinaEmbroidery |
| 440 | mingyuexin |
| 441 | MinstrelPattern |
| 442 | MiracleNow |
| 443 | MissLemoni |
| 444 | MlssSupplies |
| 445 | Momentofpeach |
| 446 | MomsDailyDigital |
| 447 | MoonFoxSVG |
| 448 | MoonMadeDigitals |
| 449 | MoonSVGDesigns |
| 450 | MoshiMoshiUK |

Date:   August 18, 2023            Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*