UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 451 | MotherAndSunStudioUK |
| 452 | MrAbdul |
| 453 | mrngr |
| 454 | MrRui |
| 455 | MummyThyme |
| 456 | MurisAndAJ |
| 457 | MyCraftGalaxy |
| 458 | MyDearDIY |
| 459 | MyDigitalDesignsSVG |
| 460 | MyDigitalStickers |
| 461 | mydreampattern |
| 462 | MyLovelyLiberation |
| 463 | myN1KHOME |
| 464 | MyPrintedCelebration |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 465 | MysticPioneer |
| 466 | MystikalTrendz |
| 467 | mystoreshops |
| 468 | NADesignsStore |
| 469 | NailsByLvsLoves |
| 470 | nailsmomo |
| 471 | NailStickersUK |
| 472 | nandtdigitals |
| 473 | NationsEmbroidery |
| 474 | NeatJewelleryDesigns |
| 475 | NELYMSTORE |
| 476 | NeonDreamUK |
| 477 | neonmarsuk |
| 478 | NEONTHREADSGB |
| 479 | nesstudio |
| 480 | NHopeStore |
| 481 | NicoTangUK |
| 482 | NinePrint |
| 483 | NirvanaJewellery |
| 484 | Noaandrain |
| 485 | noheajewellery |
| 486 | NomadicDigitalStudio |
| 487 | NooeBerlin |
| 488 | NordicJunk |
| 489 | NorrrTrt |
| 490 | NorthernlightsLT |
| 491 | NuNeiJewelry |
| 492 | NYBeadsjewelry |
| 493 | ohhheylovely |
| 494 | OhLillyDesign |
| 495 | OleanderSpider |
| 496 | OleeBoutique |
| 497 | OMENMEDIA |
| 498 | OMTOMT |
| 499 | onmydigital |
| 500 | OnsevaFineJewelry |
| 501 | OOPSDesignsShop |
| 502 | OpalKobus |
| 503 | Ossyneon |
| 504 | OurCraftingWorld |

| Def. | Seller Name |
|---|---|
| 505 | OzrDigitalDesign |
| 506 | PaintingforfunGoods |
| 507 | palmettosvg |
| 508 | PapeOfSorts |
| 509 | PaperArtGoddess |
| 510 | PaperTownDesign |
| 511 | ParsleyshopDesigns |
| 512 | PatternGirlClub |
| 513 | PattiHCrafts |
| 514 | PeachCafeDesigns |
| 515 | PeachPiePatches |
| 516 | PeachStateDesigns22 |
| 517 | pearlmemore |
| 518 | PenguinCreationSVG |
| 519 | PennyandMeShop |
| 520 | PennyandPeonyStudio |
| 521 | PERFECTLYBLUNT |
| 522 | PerficientLoving |
| 523 | perlendaisy |
| 524 | PictionaryDesigns |
| 525 | PineXVine |

Date:   August 18, 2023                              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*