UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 526 | PINKESplanner |
| 527 | PinkGiraffePrintCo |
| 528 | PinkMoonArtx |
| 529 | PinkoArts |
| 530 | PinkOceanCraft |
| 531 | PinkSundayPrints |
| 532 | PinkyPonyCrafts |
| 533 | PipioStore |
| 534 | PlanetPeppermint |
| 535 | PlatypusUK |
| 536 | PleasuresexEmporium |
| 537 | PluffyCo |
| 538 | PlushBagSpecialists |
| 539 | PocketFlowerDesigns |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 540 | PodaAtelier |
| 541 | PolarChains |
| 542 | PopularCarpetStore |
| 543 | PorcumineStore |
| 544 | PosterandHouse |
| 545 | PowerfulkleeJewelry |
| 546 | PreKPerfection |
| 547 | PressOnStudioAU |
| 548 | Prettyhousegraphics |
| 549 | PrintablesOnPaper |
| 550 | PrintBoutique4U |
| 551 | PrintedWeird |
| 552 | printeeno |
| 553 | PrintsList |
| 554 | PrintThisOutShop |
| 555 | PrntdrtShop |
| 556 | ProjectArtX |
| 557 | ProjectClubWear |
| 558 | ProVector |
| 559 | PsVintageStore |
| 560 | PuccaJewel |
| 561 | PumpkinPopeye |
| 562 | PuroPuro |
| 563 | PuzzleGiftStore |
| 564 | QianCraftKit |
| 565 | QueeenArt |
| 566 | racheljadesoulart |
| 567 | RainbowBoutiqueNL |
| 568 | RainbowshineDesign |
| 569 | RaineAndJoy |
| 570 | RAREGRAPHIC |
| 571 | RaxaDesign |
| 572 | RaysRagsShop |
| 573 | Recipesvg |
| 574 | RedbeeDesignStudio |
| 575 | RediApparel |
| 576 | RediGraphix |
| 577 | RetroArtPrintCo |
| 578 | RetroishDesigns |
| 579 | RibbonLands |

| Def. | Seller Name |
|---|---|
| 580 | Rightgraphics |
| 581 | rileyBsvgs |
| 582 | RKArtPrints |
| 583 | rodasstudio |
| 584 | Rosdingstrapro |
| 585 | RoseandJack |
| 586 | RostoumArt |
| 587 | Rugs4u |
| 588 | SaezCustomJewelry |
| 589 | SanAnreFantasyShop |
| 590 | Sara1jewels |
| 591 | Sarvalleo |
| 592 | Savashopstore |
| 593 | Schmuckwiese |
| 594 | SeaandBlueDesign |
| 595 | SEEifUlikEiT |
| 596 | SemiShopArt |
| 597 | Sencestudio |
| 598 | SeniordigitalCo |
| 599 | SerenaShopGoods |
| 600 | SereneowlShop |

Date:   August 18, 2023              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*