UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 601 | SEVENTYSEVENJEWELRY |
| 602 | ShakeTheLabel |
| 603 | ShapedStuff |
| 604 | ShineDIY |
| 605 | shjog |
| 606 | ShmartStore |
| 607 | ShopACQ |
| 608 | shopfatkat |
| 609 | shopives |
| 610 | shopMissEMi |
| 611 | shopmollsdesigns |
| 612 | ShopperCraftsStore |
| 613 | ShowcaseByNoor |
| 614 | ShreeJaipurSilver925 |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 615 | SierraJewelleryGifts |
| 616 | Silberxjuwel |
| 617 | SillyShinyDiamonds |
| 618 | Silverjewelryelves |
| 619 | Silverpub |
| 620 | SimoniqueBoutique |
| 621 | SisterDesignStore |
| 622 | sixsunflowersdesign |
| 623 | SJewelsWorldwide |
| 624 | skcjewelryDesign |
| 625 | skyartsales |
| 626 | Sleepingmat |
| 627 | SmallTownDesigns740 |
| 628 | smARTpatches |
| 629 | smilemammy |
| 630 | SmileyFaceEmbroidery |
| 631 | SofestoreShop |
| 632 | sofiamastery |
| 633 | SolarSubs |
| 634 | SolidMateCovers |
| 635 | SouthernSkyShoppe |
| 636 | SparkCreativeCo |
| 637 | SparkleCraftsJewelry |
| 638 | SparklesbySaara |
| 639 | SparklyDigitalStudio |
| 640 | SpiceUpLifeCo |
| 641 | SpottedMooDigitizing |
| 642 | ssdesigned |
| 643 | StCroixDesignCo |
| 644 | StitchCrazePatterns |
| 645 | StitchKing1 |
| 646 | StonesOfHansel |
| 647 | StormBrainArt |
| 648 | StormCreationss |
| 649 | Storytellingproducts |
| 650 | StreetArtRug |
| 651 | Studio178Designs |
| 652 | Studio72official |
| 653 | StudioHelloYello |
| 654 | StudioHorizon |

| Def. | Seller Name |
|---|---|
| 655 | StudioS925Silver |
| 656 | StyleandGlamour786 |
| 657 | SubhRC |
| 658 | SublimationArena |
| 659 | SublimationLab |
| 660 | SublimationPrintArt |
| 661 | SubliStitchDigitals |
| 662 | SubStudios |
| 663 | SugarCandyStudio |
| 664 | SummerSundaysPNG |
| 665 | sunandmoonbrandCo |
| 666 | SunnydropStudio |
| 667 | SunRiseDigitalMarket |
| 668 | SuperdesignLT |
| 669 | SUPPLY129 |
| 670 | SVGandArt |
| 671 | SvgbyEnouilleDesign |
| 672 | SVGbyStudio |
| 673 | SvgCamp |
| 674 | SvgCoffeeCup |
| 675 | SvgDesignsCentrum |

Date:  August 18, 2023               Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*