UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 676 | SVGFoxy |
| 677 | Svgoffice |
| 678 | SVGPouch |
| 679 | SVGRepublicCo |
| 680 | Svgsbybri |
| 681 | SVGvillageArt |
| 682 | Svuzy |
| 683 | SwallowbirdArt |
| 684 | sweetgrenadine |
| 685 | TanForestDesigns |
| 686 | Tasire |
| 687 | TATTOODAY |
| 688 | Tattoorary |
| 689 | TeachWithMissT |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 690 | TharnDesignStudio |
| 691 | TheAlphabetGiftShop |
| 692 | TheArtisanJewellers |
| 693 | TheBlackBarnCo |
| 694 | TheCardEdit |
| 695 | TheComfyClassroom |
| 696 | thecreativeaura |
| 697 | TheCrowPaper |
| 698 | TheDramaticRose |
| 699 | TheExpressHatCompany |
| 700 | TheHandmaidSale |
| 701 | TheHappyShopDesigns |
| 702 | TheJoyfulMoose |
| 703 | TheLittleEarthComber |
| 704 | TheMysteriousStoreFR |
| 705 | THEQUICKBAG |
| 706 | TherugstudioStore |
| 707 | TheShoeFinder |
| 708 | TheSmileShoppeco |
| 709 | TheTuckerCollective |
| 710 | thSVGpage |
| 711 | TimWebermann |
| 712 | TintsofJune |
| 713 | tinyheartsclubstudio |
| 714 | tinythings90 |
| 715 | TodayDo |
| 716 | top2024 |
| 717 | ToshiasTreasures1 |
| 718 | TotezEst |
| 719 | ToucheSupreme |
| 720 | TrendlineStore |
| 721 | TrendyStreetStudio |
| 722 | TrendySVGShopCo |
| 723 | trendyzilla |
| 724 | Trenzkey |
| 725 | TricapStore |
| 726 | TriobloidJewellery |
| 727 | TrulySVG |
| 728 | TRUTHkeep |
| 729 | TuftDaddy |

| Def. | Seller Name |
|---|---|
| 730 | TuftyRugz |
| 731 | TunikDesign |
| 732 | TwoBirdsNorfolk |
| 733 | TwoGirlsCoDesign |
| 734 | TxClouds |
| 735 | ULUcreaciones |
| 736 | uniquebeadsCM |
| 737 | UrbanWearAU |
| 738 | Vannarithlighting |
| 739 | VaporwaresShop |
| 740 | Vectorality |
| 741 | VectorAnaArt |
| 742 | VectorCave |
| 743 | VeEcoGifts |
| 744 | VictorDesignGifts |
| 745 | VintageBeardedLady |
| 746 | VioletStudioDesignCo |
| 747 | VisionGalaxy |
| 748 | Vltana |
| 749 | WaiHat |
| 750 | WasyDesign |

Date:   August 18, 2023        Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*