UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW-LMR

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
| --- | --- |
| 751 | Weardies |
| 752 | WeAreSVG |
| 753 | WeaveyStudioCo |
| 754 | WeebySpace |
| 755 | Weirdwizards |
| 756 | westwavegraphics |
| 757 | WhiskeyRunDigital |
| 758 | whiteandjames |
| 759 | WisteriaLondon |
| 760 | WithItCreations |
| 761 | WondetHomeDecor |
| 762 | Woodterra |
| 763 | WorldThreeStudio |
| 764 | WorldwideOneStopShop |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 765 | WorthBuyShop |
| 766 | yarnunderr |
| 767 | Yaromaks |
| 768 | YASDesignerGB |
| 769 | YINGMENGHandmade |
| 770 | YOHUGA |
| 771 | YourGreekEye |
| 772 | YourWeardies |
| 773 | YSLQ |
| 774 | Yukihandmadejewelry |
| 775 | ZabethHays |
| 776 | ZevahirKnit |
| 777 | ziziatu |
| 778 | ZoeyCharms |
| 779 | ZOStudioCrafts |
| 780 | zyzjewelry |

Date:   August 18, 2023              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*