UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    DavinciPrintShop (Defendant No. 151 on Schedule A to the Complaint);

    Ossyneon (Defendant No. 503 on Schedule A to the Complaint);

    OMTOMT (Defendant No. 498 on Schedule A to the Complaint);

    INPAGE (Defendant No. 304 on Schedule A to the Complaint);

    ShaketheLabel (Defendant No. 602 on Schedule A to the Complaint);

    Kitschpandastore (Defendant No. 344 on Schedule A to the Complaint);

    PennyandMeShop (Defendant No. 519 on Schedule A to the Complaint);

    RibbonLands (Defendant No. 579 on Schedule A to the Complaint);

    DivineInvitesCo (Defendant No. 189 on Schedule A to the Complaint);

    AllegoGold (Defendant No. 15 on Schedule A to the Complaint); and

Craftyopia (Defendant No. 128 on Schedule A to the Complaint).

Date:  August 18, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*