UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    ArtandCraftsJewelry (Defendant No. 27 on Schedule A to the Complaint);

    Charmjewelrygifts (Defendant No. 102 on Schedule A to the Complaint);

    DesignbyMagnus (Defendant No. 160 on Schedule A to the Complaint);

    GoldenHomeArt (Defendant No. 263 on Schedule A to the Complaint);

    GoPosterStore (Defendant No. 266 on Schedule A to the Complaint);

    Momentofpeach (Defendant No. 445 on Schedule A to the Complaint);

    NHopeStore (Defendant No. 480 on Schedule A to the Complaint);

    printeeno (Defendant No. 552 on Schedule A to the Complaint);

    PrintsList (Defendant No. 553 on Schedule A to the Complaint);

    RAREGRAPHIC (Defendant No. 570 on Schedule A to the Complaint);

ShreeJaipurSilver925 (Defendant No. 614 on Schedule A to the Complaint);

smilemammy (Defendant No. 629 on Schedule A to the Complaint);

sofiamastery (Defendant No. 632 on Schedule A to the Complaint);

StonesOfHansel (Defendant No. 646 on Schedule A to the Complaint);

SvgCamp (Defendant No. 673 on Schedule A to the Complaint); and

VeEcoGifts (Defendant No. 743 on Schedule A to the Complaint).

| | |
|---|---|
| Date:  August 19, 2023 | Respectfully submitted by, |

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*