UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

ArubaJewellery (Defendant No. 42 on Schedule A to the Complaint);

PocketFlowerDesigns (Defendant No. 677 on Schedule A to the Complaint); and

Svgoffice (Defendant No. 677 on Schedule A to the Complaint).

| Date: August 19, 2023 | Respectfully submitted by, |
|---|---|
| | **Javier Sobrado**<br>Javier Sobrado (Fla. Bar No. 44992)<br>Attorney Email address: jsobrado@brickellip.com<br>Arthur Robert Weaver (Fla. Bar no. 92132)<br>Attorney Email address: rweaver@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue, South Tower, Suite 800<br>Miami FL, 33131<br>Telephone: (305) 728-8831<br>*Attorneys for Plaintiff* |