# SCHEDULE A
# TO PRELIMINARY INJUNCTION

| D.No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 33 | Artintuitive | https://www.etsy.com/shop/Artintuitive | https://www.etsy.com/listing/1465373829 |
| 35 | ArtisanSocietyStore | https://www.etsy.com/shop/ArtisanSocietyStore | https://www.etsy.com/listing/1265403156 |
| 38 | ArtiStock | https://www.etsy.com/shop/ArtiStock | https://www.etsy.com/listing/1136830041 |
| 54 | AVKREATION | https://www.etsy.com/shop/AVKREATION | https://www.etsy.com/listing/1009645000 |
| 71 | BigmamaDesignStudio | https://www.etsy.com/shop/BigmamaDesignStudio | https://www.etsy.com/listing/950439943 |
| 91 | ButterStarDigital | https://www.etsy.com/shop/ButterStarDigital | https://www.etsy.com/listing/1332689919 |
| 99 | ChampTrophiesAwards | https://www.etsy.com/shop/ChampTrophiesAwards | https://www.etsy.com/listing/1080630322 |
| 111 | cizimindir | https://www.etsy.com/shop/cizimindir | https://www.etsy.com/listing/1353410726 |
| 139 | CustomDecorCarpet | https://www.etsy.com/shop/CustomDecorCarpet | https://www.etsy.com/listing/1200987800 |
| 158 | DesignArtTogether | https://www.etsy.com/shop/DesignArtTogether | https://www.etsy.com/listing/1124695693 |
| 164 | DesignInYourHeart | https://www.etsy.com/shop/DesignInYourHeart | https://www.etsy.com/listing/1084522520 |
| 204 | DustyJewelz | https://www.etsy.com/shop/DustyJewelz | https://www.etsy.com/listing/1076204481 |
| 214 | EleMeleKaramele | https://www.etsy.com/shop/EleMeleKaramele | https://www.etsy.com/listing/887251355 |
| 227 | EntreteKids | https://www.etsy.com/shop/EntreteKids | https://www.etsy.com/listing/1181673627 |
| 255 | GemFormingStudio | https://www.etsy.com/shop/GemFormingStudio | https://www.etsy.com/listing/1033432197 |
| 326 | jozoor | https://www.etsy.com/shop/jozoor | https://www.etsy.com/listing/1430301515 |
| 327 | JuleAndDesigns | https://www.etsy.com/shop/JuleAndDesigns | https://www.etsy.com/listing/1329982739 |
| 343 | Kissrose | https://www.etsy.com/shop/Kissrose | https://www.etsy.com/listing/1454059110 |
| 349 | KowaliPrints | https://www.etsy.com/shop/KowaliPrints | https://www.etsy.com/listing/1327791352 |
| 389 | LOCOMODIY | https://www.etsy.com/shop/LOCOMODIY | https://www.etsy.com/listing/1388778508 |
| 411 | Madebytindra | https://www.etsy.com/shop/Madebytindra | https://www.etsy.com/listing/1164541026 |
| 413 | MadJewelryCo | https://www.etsy.com/shop/MadJewelryCo | https://www.etsy.com/listing/1257034739 |
| 419 | mandbShop | https://www.etsy.com/shop/mandbShop | https://www.etsy.com/listing/695275443 |
| 440 | mingyuexin | https://www.etsy.com/shop/mingyuexin | https://www.etsy.com/listing/1028504903 |
| 454 | MrRui | https://www.etsy.com/shop/MrRui | https://www.etsy.com/listing/1354883679 |
| 459 | MyDigitalDesignsSVG | https://www.etsy.com/shop/MyDigitalDesignsSVG | https://www.etsy.com/listing/1298066978 |
| 468 | NADesignsStore | https://www.etsy.com/shop/NADesignsStore | https://www.etsy.com/listing/1358201165 |
| 494 | OhLillyDesign | https://www.etsy.com/shop/OhLillyDesign | https://www.etsy.com/listing/1395124559 |
| 503 | Ossyneon | https://www.etsy.com/shop/Ossyneon | https://www.etsy.com/listing/1134794214 |
| 530 | PinkOceanCraft | https://www.etsy.com/shop/PinkOceanCraft | https://www.etsy.com/listing/1440607874 |
| 531 | PinkSundayPrints | https://www.etsy.com/shop/PinkSundayPrints | https://www.etsy.com/listing/1290780159 |
| 577 | RetroArtPrintCo | https://www.etsy.com/shop/RetroArtPrintCo | https://www.etsy.com/listing/1219877821 |
| 604 | ShineDIY | https://www.etsy.com/shop/ShineDIY | https://www.etsy.com/listing/1108555242 |

| D.No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 659 | SublimationLab | https://www.etsy.com/shop/SublimationLab | https://www.etsy.com/listing/1396322291 |
| 674 | SvgCoffeeCup | https://www.etsy.com/shop/SvgCoffeeCup | https://www.etsy.com/listing/1182532392 |
| 679 | SVGRepublicCo | https://www.etsy.com/shop/SVGRepublicCo | https://www.etsy.com/listing/1381472219 |
| 690 | TharnDesignStudio | https://www.etsy.com/shop/TharnDesignStudio | https://www.etsy.com/listing/1235945545 |
| 733 | TwoGirlsCoDesign | https://www.etsy.com/shop/TwoGirlsCoDesign | https://www.etsy.com/listing/1108892628 |