UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    OhLillyDesign (Defendant No. 494 on Schedule A to the Complaint);

    VictorDesignGifts (Defendant No. 744 on Schedule A to the Complaint);

    PinkSundayPrints (Defendant No. 531 on Schedule A to the Complaint);

    DustyJewelz (Defendant No. 204 on Schedule A to the Complaint);

    Jozoor (Defendant No. 326 on Schedule A to the Complaint);

    CustomDecorCarpet (Defendant No. 139 on Schedule A to the Complaint);

    TwoGirlsCoDesign (Defendant No. 733 on Schedule A to the Complaint);

    PinkOceanCraft (Defendant No. 530 on Schedule A to the Complaint);

    MadJewelryCo (Defendant No. 413 on Schedule A to the Complaint);

    Madebytindra (Defendant No. 411 on Schedule A to the Complaint);

1

BigmamaDesignStudio (Defendant No. 71 on Schedule A to the Complaint);

ArtisanSocietyStore (Defendant No. 35 on Schedule A to the Complaint); and

DesignInYourHeart (Defendant No. 164 on Schedule A to the Complaint).

Date:   August 22, 2023             Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*