UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    ArtiStock (Defendant No. 38 on Schedule A to the Complaint);

    EleMeleKaramele (Defendant No. 214 on Schedule A to the Complaint);

    EndressClothing (Defendant No. 224 on Schedule A to the Complaint);

    EntreteKids (Defendant No. 227 on Schedule A to the Complaint);

    Kissrose (Defendant No. 343 on Schedule A to the Complaint);

    KowaliPrints (Defendant No. 349 on Schedule A to the Complaint);

    NADesignsStore (Defendant No. 468 on Schedule A to the Complaint);

    RetroArtPrintCo (Defendant No. 577 on Schedule A to the Complaint);

    SVGRepublicCo (Defendant No. 679 on Schedule A to the Complaint).

Date:    August 23, 2023                      Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*