23 CV 22376

FILED BY _____ D.C.
AUG 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### Information about Document Access.

Details regarding the electronic accessibility of pertinent documents in connection with this case are provided herein.

Document Upload Link:

I have taken the initiative to upload all my documents pertinent to this case to the following Dropbox link:

https://www.dropbox.com/scl/fo/2de8sktoh8w0ck39jcytz/h?rlkey=p9gqbkvy138drjjapw4xc2kjw&dl=0

Supplementary Documentation:

Additionally, within this link, you will find supplementary documentation that corroborates both my revenue attributed to items which the plaintiff alleges have infringed upon their trademark, and comprehensive evidence of my cumulative revenue and profit derived from my Etsy shop over its entire duration.

### Subject: Concerns Regarding Timely Document Submission for Upcoming Hearing

I am writing to express my concerns regarding the timely submission of documents for the upcoming hearing, scheduled for August 14, 2023, at 10:00 a.m. EST, as communicated to me in an email from plantiff dated [08.10.2023 00:03 Norwegian time] (document: [14] TRO.pdf).

Due to the inherent time constraints associated with physical mail delivery from Norway to the United States, I am apprehensive that the documents in question may not reach the court prior to the aforementioned hearing date. The requirement for physical submission via mail poses a logistical challenge in ensuring timely delivery.

In light of the circumstances and my commitment to due process, I kindly request that any feasible accommodations be considered to facilitate the expeditious transmission of the documents, allowing them to be in the possession of the court in a timely manner.

ROLF MAGNUS WESTSKOG
HOVSTUBBEN 7,
3490, KLOKKARSTUA