UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Artintuitive (Defendant No. 33 on Schedule A to the Complaint);

AVKREATION (Defendant No. 54 on Schedule A to the Complaint);

DesignArtTogether (Defendant No. 158 on Schedule A to the Complaint);

GemFormingStudio (Defendant No. 255 on Schedule A to the Complaint);

JoyousEmbroidery (Defendant No. 325 on Schedule A to the Complaint);

JuleAndDesigns (Defendant No. 327 on Schedule A to the Complaint);

LOCOMODIY (Defendant No. 389 on Schedule A to the Complaint);

Mingyuexin (Defendant No. 440 on Schedule A to the Complaint);

MyDigitalDesignsSVG (Defendant No. 459 on Schedule A to the Complaint);

ShineDIY (Defendant No. 604 on Schedule A to the Complaint);

1

SublimationLab (Defendant No. 659 on Schedule A to the Complaint);

SvgCoffeeCup (Defendant No. 674 on Schedule A to the Complaint); and

TharnDesignStudio (Defendant No. 690 on Schedule A to the Complaint).

Date:   August 29, 2023                     Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*