UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22376-KMW

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINNG DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against any and all

remaining defendants in this matter:

Date:   November 13, 2023          Respectfully submitted by,

                                   **Javier Sobrado**
                                   Javier Sobrado (Fla. Bar No. 44992)
                                   Attorney Email address: jsobrado@brickellip.com
                                   Arthur Robert Weaver (Fla. Bar no. 92132)
                                   Attorney Email address: rweaver@brickellip.com
                                   THE BRICKELL IP GROUP, PLLC
                                   1101 Brickell Avenue, South Tower, Suite 800
                                   Miami FL, 33131
                                   Telephone: (305) 728-8831
                                   *Attorneys for Plaintiff*

1