# ANSWER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 23-cv-22376-KMW-LMR



JUDGE: KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

THE SMILEY COMPANY SPRL,
Plaintiff
Vs.
Shop-Stick-dat
280

Defendant
DEFENDANT'S ANSWER

1.Complaint is Denied: The Defendant denies the allegations presented in the first paragraph of the complaint. The Defendant asserts no involvement in promoting, selling, reproducing, offering for sale, or distributing goods using counterfeits or confusingly similar imitations of the Plaintiff's trademarks and copyrighted works. The Defendant further denies operating under the seller identification names listed in Schedule "A" attached to the complaint. Additionally, the Defendant highlights that all items in question are handmade in Australia, emphasizing their artisanal and non-commercial nature.

2.Denial of Ongoing Violations: The Defendant denies the allegations made in the second paragraph of the complaint. The Defendant asserts a lack of engagement in any ongoing, daily, or sustained violations of the Plaintiff's trademark rights and copyrights. The Defendant further denies any intent to reproduce, counterfeit, or infringe upon the Plaintiff's trademarks and copyrights with the aim of confusing the consuming public or earning substantial profits. It is also disputed that the Defendant's actions have contributed to the erosion of the Plaintiff's goodwill or destruction thereof. The Defendant underscores the personal and hobbyist nature of the activities, which are not intended for commercial gain or market competition.

3.Denial of Contributory Harm: The Defendant denies the allegations made in the third paragraph of the complaint. The Defendant asserts no engagement in conduct that contributes to the harm alleged by the Plaintiff. The Defendant further denies any involvement in counterfeiting or actions that have led to the Plaintiff's expenditure of resources for trademark and copyright enforcement. The Defendant wishes to reiterate that the items in question, being individually handmade in Australia, reflect a personal hobby and are not part of a larger commercial enterprise or scheme to infringe upon or dilute the Plaintiff's intellectual property rights.

I hereby certify that a copy hereof has been furnished by mail to Plaintiff's attorney this 16th day of August, 2023.

Javier Sobrado, Esq.
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami
FL
33131

DATE: 28th December

Submitted by

X
Shop-Stick-Dat
Queensland Australia
Kyle_7oaks@yahoo.com.au






Sender: Shop - Strick-Daf
1 Colac ct Cornubia
QLD Postcode 4130

AUSTRALIA POSTAGE PAID
POST International

AIR MAIL INTERNATIONAL
PAR AVION

United States District Court, Southern
District of Florida
Attention: Intake for docketing
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

**DO NOT BEND**

REC'D BY
JAN 10 2024
ANGELA ........
CLERK U.S. DIST CT
S D OF FLA - MIAMI

International Postage Prepaid Envelope DL
1 Postage on this envelope is prepaid for one international posting only to anywhere in the world.
2 This envelope must not exceed 50 grams or 5 millimetres in thickness when posted.
3 When used for letters, documents and printed matter, no customs form is required.
4 Envelopes that contain goods of any kind, including computer disks, will not be carried by Australia Post unless the appropriate customs form, CN22 or C23, available at Post Offices, is completed, signed and affixed to the front of the envelope.
5 This service has no compensation for loss or damage as Australia Post has no liability pursuant to section 34 of the Australian Postal Corporation Act 1989.
6 Extra cover may be added separately to cover the contents from loss or damage. The limits of Extra Cover can vary by destination, please enquire at your local Post Office. The carriage of this envelope is subject to the Australia Post Terms and Conditions. View these online at auspost.com.au or ask at your nearest Post Office.

POST OFFICE PREFERRED

Ikuntji (Haasts Bluff)/Northern Territory/Australia
Kumuntjai Napurrula (Australia, ca. 1945–2019)
*Spears at Ualki* 1994
Synthetic polymer paint on paper
Ikuntji Arts
Art Gallery of New South Wales, purchased 1994
© Mitjili Napurrula/Copyright Agency, 2019
Photo: Susie Ireland, AGNSW
571.1994
Envelope design: Simone Sakinofsky, Australia Post Design Studio